IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lasheena Sipp- Lipscomb, *et al.*<br><br>v.<br><br>Einstein Physicians Pennypack Pediatrics, *et al.* | Civil Action No. 2:20-cv-01926-MMB |

### ORDER RE: MOTIONS TO DISMISS

AND NOW this 28th day of July, 2020, having reviewed the Einstein Defendants' Motion to Dismiss (ECF ), the St. Christopher's Defendants' Motion to Dismiss (ECF 18), and the Concodora Defendants' Motion to Dismiss (ECF 25), and the responses thereto, the Court hereby **ORDERS** that:

1. The Einstein Defendants' Motion to Dismiss is **DENIED**;

2. The St. Christopher's Defendants' Motion to Dismiss is **DENIED**; and

3. The Concodora Defendants' Motion to Dismiss is **GRANTED** as to the prayer for punitive damages against Urology for Children, LLC, and **DENIED** otherwise.

BY THE COURT:

s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON
United States District Court Judge

O:\CIVIL 20\20-1926 Sipp-Lipscomb v Einstein Phys\20cv1926 order re MtDs.docx