# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LASHEENA SIPP-LIPSCOMB et al<br><br>v.<br><br>EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS et al | CIVIL ACTION<br><br>NO. 20-1926 |
|---|---|

## ORDER RE: MOTION TO COMPEL

AND NOW this 2nd day of July, 2021, Plaintiffs' Motion to Compel Production of the Poletto Report (ECF 107) is **GRANTED**. Following briefing by the parties on Plaintiffs' motion, the Court held a telephone conference on July 2, 2021 on the record regarding the challenged document, referred to as the "Poletto Report." During the hearing, the Court ordered Teleradiology Defendants[1] to produce the document to the Court for *in camera* review.

The Poletto Report is labeled as a quality assurance report, prepared on Teleradiology Solutions' letterhead. The Poletto Report reviews the medical care that Dr. Kalyanpur gave to an allegedly injured party in this litigation (Plaintiffs' infant son) and provides recommendations for future care. The reviewer, and ostensibly the preparer of the document, is Erica D. Poletto, MD, whom the parties have identified as Director of Quality Assurance for Radiology at St. Christopher's Hospital for Children and a member of the hospital's Peer Review Committee. Dr. Kalyanpur is employed by Teleradiology Solutions. There is no indication that the Poletto Report was prepared by or for either organization's peer review committee.[2]

---

[1] "Teleradiology Defendants" refers to defendants Arjun Kalyanpur, MD and Teleradiology Solutions, PC.

[2] Dr. Poletto alone does not constitute a "peer review committee" for purposes of establishing Peer Review Privilege.  See Reginelli v. Boggs, 645 Pa. 470, 491 (2018) ("an individual[] was not a 'review committee' engaging in peer review" for purposes of establishing privilege).

Based on its *in camera* review of the Poletto Report, and upon its consideration of the parties' briefs and statements on the record during the teleconference, the Court finds that Teleradiologist Defendants have failed to show that the Poletto Report is qualified for protection under Pennsylvania's Peer Review Privilege. The Poletto Report is not privileged, and Teleradiologist Defendants must produce the document to all other parties in this litigation.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-1926 Sipp-Lipscomb v Einstein Phys\20cv1926 order 07022021.docx