IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LASHEENA SIPP-LIPSCOMB *et al.* <br><br> v. <br><br> EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS, *et al.* | CIVIL ACTION <br><br> NO. 20-1926 |
|---|---|

### ORDER RE.: PETITION TO ENFORCE SUBPOENA

**AND NOW,** this 29th day of October, 2021, upon consideration of the Motion to Enforce Plaintiffs' Subpoena Directed to Erica D. Poletto, MD, (ECF 119), and the Response, Reply, Supplemental Response, and Sur-Reply thereto (ECF 120, 121, 125, and 126, respectively), and the Supplemental Briefs ordered by the Court (ECF 136-140), it is hereby ORDERED that Plaintiffs' Petition is GRANTED for the reasons stated in the foregoing Memorandum.

**BY THIS COURT:**

**/s/ MICHAEL M. BAYLSON**

_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-1926 Sipp-Lipscomb v Einstein Phys\20cv1926 Second Order re Motion to Enforce Subpoena 10-29-2021.docx