

Law Enforcement Relations
4 Sylvan Way, Parsippany, N.J. 07054
Phone: (973) 292-8911 Fax: (973) 292-8697

August 31, 2020

T-Mobile / MetroPCS Tracking ID: 2823227

I, Deisi Franco, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.2823227 in response to a lawful request issued to the company.

Description of records:

| MSISDN/Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 2673108421 | 07/23/2019 | 07/26/2019 | Call Details With Cell Sites |

I further state that:
   A) Such records were made at or near the time of the occurrence of the matters set forth by (or from
      information transmitted by) a person with knowledge of those matters;
   B) Such records were kept in the course of regularly conducted business activity;
   C) The business activity made such records as a regular practice; and
   D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

Sincerely

*[signature]*

Law Enforcement Relations Group

EXHIBIT 1

SIPP-LIPSCOMB 000120

# T-Mobile

**Request Submission Response**

| Information Provided To: | |
|---|---|
| Agency: | Civil Attorney |
| Requestor: | DAVID JOKELSON |
| Agent Address: | JOKELSON LAW GROUP PC |
| Billing City, State, Zip: | PHILA, PA 19102-0000 |
| Provided On: | July 15, 2020 |

This is in response to the Court Order, 20-cv-01926, dated July 01, 2020, which was served upon T-Mobile US, Inc. You have requested information for the subscriber associated with MSISDN: 2673108421. All times below are reflected in Coordinated Universal Time (UTC). The records produced are the equivalent of the specific time frame requested: 07/23/2019 12:00:00 AM - 07/25/2019 11:59:59 PM Eastern Standard Time.

| Date | Time | Duration | Call Type | Direction | Calling Number | Dialed Number | Called Number | Destination Number | IMSI | IMEI | Completion Code | Service Code | Switch Name | 1st LTE Site ID | 1st LTE Sector ID | 1st LAC | 1st Cell ID | 1st Tower Azimuth | 1st Tower LAT | 1st Tower LONG | 1st Tower Address | 1st Tower City | 1st Tower State | 1st Tower Zip | Last LTE Site ID | Last LTE Sector ID | Last LAC ID | Last Cell ID | Last Tower Azimuth | Last Tower LAT | Last Tower LONG | Last Tower Address | Last Tower City | Last Tower | Last Tower Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019-07-23 | 06:34:38 | 1 | mtc | Incoming | 12673386653 | | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 02A;11 | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-23 | 06:35:11 | 1 | moc | Outgoing | 12673386653 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 02A | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-23 | 12:26:52 | | SMSC | | 17324107217 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 12:37:28 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 12:37:29 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 13:30:42 | 12 | mtc | Incoming | 12673978292 | | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 02A;11 | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-23 | 13:31:15 | 12 | moc | Outgoing | 12673386653 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 02A | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-23 | 14:24:28 | 7 | mtc | Incoming | 18182756311 | | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 029;11 | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-23 | 14:24:32 | 7 | moc | Outgoing | 18182756311 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 29 | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-23 | 14:24:43 | 53 | mtc | Incoming | 18182756311 | | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 029;11 | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-23 | 14:24:45 | 53 | moc | Outgoing | 18182756311 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 29 | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-23 | 14:25:41 | | SMSC | | 128 | | 12673108421 | | | | Completed Successfully | | | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 18:33:15 | 2 | moc | Outgoing | 12673108421 | 12673978292 | 12673978292 | 12673978292 | 310260072738688 | 356571084840190 | Completed Successfully | | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-23 | 18:53:08 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 18:53:09 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 18:55:30 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_pol01 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 18:57:53 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 18:58:32 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 19:02:35 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 19:15:35 | 1658 | mtc | Incoming | 12679042737 | | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 011;42 | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-23 | 19:31:57 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 19:33:48 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 19:37:08 | 95 | mtc | Incoming | 12673386653 | | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 041;11 | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-23 | 19:42:05 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 19:47:08 | 161 | moc | Outgoing | 12673108421 | 12156989200 | 12156989200 | 310260072738688 | 356571084840190 | Completed Successfully | | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | | |
| 2019-07-23 | 19:49:56 | 101 | moc | Outgoing | 12673108421 | 12673386653 | 12673386653 | 310260072738688 | 356571084840190 | Completed Successfully | | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | | |
| 2019-07-23 | 19:54:33 | | SMSC | | 17324107217 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 20:06:41 | 81 | mtc | Incoming | 12673386653 | | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-23 | 20:37:29 | 89 | mtc | Incoming | 12673386653 | | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | CTTAS202 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-23 | 23:25:21 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 23:26:11 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_pol01 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 23:26:23 | 4 | moc | Outgoing | 12673108421 | 12673386653 | 12673386653 | 310260072738688 | 356571084840190 | Completed Successfully | | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | | |
| 2019-07-23 | 23:26:33 | 135 | mtc | Incoming | 12673386653 | | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-23 | 23:29:27 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 23:31:11 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 23:31:12 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 23:31:13 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 23:32:47 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 23:36:05 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol01 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-23 | 23:40:44 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 01:17:27 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 01:17:28 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 01:19:34 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_ttn03 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 01:20:03 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol03 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 01:20:27 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 01:52:20 | | SMSC | | 17324107217 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 02:34:33 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 02:41:26 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 02:43:03 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_ttn01 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 02:44:17 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 02:51:32 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 02:52:23 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 03:07:51 | 299 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 03:26:57 | 68 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 03:48:55 | 160 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 04:31:27 | 3 | moc | Outgoing | 12673108421 | 12673386653 | 12673386653 | 12673386653 | 310260072738688 | 356571084840190 | Completed Successfully | 029;11 | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 04:31:36 | 3 | moc | Outgoing | 12673108421 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 29 | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 04:32:35 | | moc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Abnormal Completion | 11 | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 05:13:34 | 3 | moc | Incoming | 12673386653 | 12673386653 | 12673386653 | 12673386653 | 310260072738688 | 356571084840190 | Completed Successfully | | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 05:19:47 | 10 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 06:08:25 | 17 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 06:10:53 | 5 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 029;11 | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 06:10:56 | 5 | moc | Outgoing | 12673108421 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 29 | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 06:11:09 | 4 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 02A;11 | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 06:11:41 | 4 | moc | Outgoing | 12673108421 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 02A | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 06:11:53 | 104 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 06:14:17 | 10 | mtc | Outgoing | 12673386653 | 12673386653 | 12673386653 | 12673386653 | 310260072738688 | 356571084840190 | Completed Successfully | | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 06:17:24 | 29 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19136 | | | | | | | | | | | |
| 2019-07-24 | 06:27:02 | 12 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 54454 | 1 | | | | 40.07417 | -75.03457 | 7425 State Rd | Philadelphia | PA | 19135 | | | | | | | | | | | |
| 2019-07-24 | 06:36:58 | 3 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 029;11 | NYTAS002 | 42741 | 1 | | | 20 | 40.074075 | -75.038056 | 2350 Tremont Street #10 | Philadelphia | PA | 19115 | | | | | | | | | | | |
| 2019-07-24 | 06:37:28 | 3 | moc | Outgoing | 12673108421 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 29 | NYTAS002 | 42741 | 1 | | | 20 | 40.074075 | -75.038056 | 2350 Tremont Street #10 | Philadelphia | PA | 19115 | | | | | | | | | | | |
| 2019-07-24 | 06:37:40 | 5 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 42741 | 1 | | | 20 | 40.074075 | -75.038056 | 2350 Tremont Street #10 | Philadelphia | PA | 19115 | | | | | | | | | | | |
| 2019-07-24 | 10:05:56 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 10:05:56 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 10:06:35 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_pol01 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 11:31:11 | 24 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | PHTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | | |
| 2019-07-24 | 11:34:26 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_ttn01 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 11:55:33 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 12:00:03 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 14:06:25 | | SMSC | | 17324107217 | | 12673108421 | | | | Completed Successfully | | | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 14:24:50 | 37 | mtc | Incoming | 12154275000 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 02A;11 | PHTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | | |
| 2019-07-24 | 14:25:22 | 37 | moc | Outgoing | 12154275000 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 02A | PHTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 14:26:01 | | SMSC | | 128 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 14:26:02 | | SMSC | | 128 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 14:52:58 | | SMSC | | 17324104129 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 14:54:07 | | SMSC | | 17324107217 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 14:54:08 | | SMSC | | 17324107217 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 15:47:03 | | SMSC | | 18446329012 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 15:47:03 | | SMSC | | 18446329012 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 16:32:42 | 358 | moc | Outgoing | 12673108421 | 2154275929 | 2154275929 | 12154275929 | 310260072738688 | 356571084840190 | Completed Successfully | | PHTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 17:09:37 | | SMSC | | 17324107217 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 17:34:53 | 18 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | PHTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 17:35:18 | 3 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 029;11 | PHTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 17:35:20 | 3 | moc | Outgoing | 12673108421 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 29 | PHTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 17:35:26 | 3 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 029;11 | PHTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 17:35:29 | 3 | moc | Outgoing | 12673108421 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 29 | PHTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 17:38:08 | 3 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 029;11 | PHTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 17:38:11 | 3 | moc | Outgoing | 12673108421 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 29 | PHTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 18:07:05 | 5 | mtc | Incoming | 12673108421 | 6102722946 | 6102722946 | 16102722946 | 310260072738688 | 356571084840190 | Completed Successfully | | PHTAS002 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 18:31:45 | 10 | mtc | Outgoing | 2678330107 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Abnormal Completion | 11 | NYTAS001 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 18:31:46 | 10 | moc | Outgoing | 2678330107 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Abnormal Completion | 29 | NYTAS001 | 40451 | 3 | | | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 | | | | | | | | | | | |
| 2019-07-24 | 18:51:40 | | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Abnormal Completion | 11 | NYTAS001 | 42772 | 10 | | | 120 | 40.039099 | -75.067389 | 6632 Bustleton Ave | Philadelphia | PA | 19149 | | | | | | | | | | | |
| 2019-07-24 | 19:01:16 | | SMSC | | 17324107217 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 20:24:23 | | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Abnormal Completion | 11 | PHTAS002 | 42668 | 4 | | | 17 | 40.003359 | -75.121815 | 401 East Tioga Street | Philadelphia | PA | 19134 | | | | | | | | | | | |
| 2019-07-24 | 21:00:55 | 2 | moc | Outgoing | 12673108421 | 18056377249 | 18056377249 | 310260072738688 | 356571084840190 | Completed Successfully | 028 | PHTAS002 | 42668 | 4 | | | 17 | 40.003359 | -75.121815 | 401 East Tioga Street | Philadelphia | PA | 19134 | | | | | | | | | | | | |
| 2019-07-24 | 21:00:55 | | callForwarding | Outgoing | 12673108421 | 18056377249 | 18056377249 | 18056377249 | 310260072738688 | | Completed Successfully | 011;2B | NYMS5315 | | | | | | | | | | | | | | | | | | | | | | |
| 2019-07-24 | 21:20:39 | | mtc | Incoming | 12673270913 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Abnormal Completion | 11 | PHTAS002 | 42668 | 4 | | | 17 | 40.003359 | -75.121815 | 401 East Tioga Street | Philadelphia | PA | 19134 | | | | | | | | | | | |
| 2019-07-24 | 21:28:19 | | mtc | Incoming | 12679271952 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Abnormal Completion | 11 | PHTAS002 | 42668 | 4 | | | 17 | 40.003359 | -75.121815 | 401 East Tioga Street | Philadelphia | PA | 19134 | | | | | | | | | | | |
| 2019-07-24 | 22:09:21 | | moc | Outgoing | 12679042737 | 12679042737 | 12679042737 | 310260072738688 | 356571084840190 | Abnormal Completion | | PHTAS002 | 42670 | 2 | | | 150 | 40.019648 | -75.123055 | 60-62 East Courtland Street | Philadelphia | PA | 19120 | | | | | | | | | | | | |
| 2019-07-25 | 00:50:41 | 157 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NJTAS002 | 46279 | 7 | | | 90 | 40.050681 | -75.088929 | 4035-37 Orchard ST | Philadelphia | PA | 19124 | | | | | | | | | | | |

Information Provided By:
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 1 of 2

**EXHIBIT 1**

| Date | Time | Dur | Type | Dir | Num1 | Num2 | Num3 | Num4 | IMEI | IMSI | Status | Code | Cell | LAC | Ch | Range | Lat | Lon | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019-07-25 | 01:03:10 | 285 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NJTAS202 | 46629 | 8 | 250 | 40.01219 | -75.06237 | 5458 Tacony St | Philadelphia | PA | 19137 |
| 2019-07-25 | 01:08:24 | 19 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NJTAS202 | 42737 | 1 | 40 | 40.02801 | -75.0585 | 6325 Frankford Ave. | Philadelphia | PA | 19135 |
| 2019-07-25 | 01:09:00 | 3 | moc | Outgoing | 12673108421 | 12673386653 | 12673386653 | 12673386653 | 310260072738688 | 356571084840190 | Completed Successfully | | NJTAS202 | 47811 | 1 | | 40.03374 | -75.04701 | 7425 State Rd | Philadelphia | PA | 19136 |
| 2019-07-25 | 01:09:15 | 79 | moc | Outgoing | 12673108421 | 12673386653 | 12673386653 | 12673386653 | 310260072738688 | 356571084840190 | Completed Successfully | 42 | NJTAS202 | 47811 | 1 | | 40.03374 | -75.04701 | 7425 State Rd | Philadelphia | PA | 19136 |
| 2019-07-25 | 01:11:22 | | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Abnormal Completion | 11 | NJTAS202 | 42597 | 10 | 190 | 40.03639 | -75.04222 | 7232 Frankford Ave. | Philadelphia | PA | 19135 |
| 2019-07-25 | 01:21:43 | | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Abnormal Completion | 11 | NJTAS202 | 40451 | 1 | 130 | 40.068761 | -75.029483 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 01:23:23 | 3 | moc | Outgoing | 12673108421 | 12673386653 | 12673386653 | 12673386653 | 310260072738688 | 356571084840190 | Completed Successfully | | NJTAS202 | 42324 | 5 | 170 | 40.08087 | -75.02695 | 9501 Roosevelt Blvd. | Philadelphia | PA | 19114 |
| 2019-07-25 | 01:23:30 | 6 | moc | Outgoing | 12673108421 | 12673386653 | 12673386653 | 12673386653 | 310260072738688 | 356571084840190 | Completed Successfully | | NJTAS202 | 42324 | 5 | 170 | 40.08087 | -75.02695 | 9501 Roosevelt Blvd. | Philadelphia | PA | 19114 |
| 2019-07-25 | 01:32:15 | 12 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 029;11 | NJTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 01:32:21 | 12 | moc | Outgoing | 12673108421 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 29 | NJTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 01:32:36 | 9 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NJTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 01:36:39 | 32 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NJTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 01:37:18 | 25 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NJTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 01:37:49 | 16 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NJTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 02:26:38 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 2019-07-25 | 02:39:36 | | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Abnormal Completion | 11 | NJTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 02:57:28 | | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Abnormal Completion | 11 | NJTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 03:03:03 | 13 | moc | Outgoing | 12673108421 | 12673691033 | 12673691033 | 12673691033 | 310260072738688 | 356571084840190 | Completed Successfully | | NJTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 03:03:24 | | moc | Outgoing | 12673108421 | 12673386653 | 12673386653 | 12673386653 | 310260072738688 | 356571084840190 | Abnormal Completion | | NJTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 03:24:17 | 927 | mtc | Incoming | 12679042737 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NJTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 03:50:16 | | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Abnormal Completion | 11 | NJTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 03:52:22 | 522 | moc | Outgoing | 12673108421 | 12673386653 | 12673386653 | 12673386653 | 310260072738688 | 356571084840190 | Completed Successfully | | NJTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 04:50:56 | 243 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NJTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 14:46:41 | 5 | mtc | Incoming | 12672938342 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 02A;11 | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 14:47:14 | 5 | moc | Outgoing | 12672938342 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 14:51:34 | 2 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 02A;11 | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 14:52:07 | 2 | moc | Outgoing | 12673108421 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 02A | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 14:52:13 | | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Abnormal Completion | 02A;11 | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 14:52:45 | | moc | Outgoing | 12673386653 | 18056377249 | 18056377249 | 18056377249 | 310260072738688 | 356571084840190 | Abnormal Completion | 02A | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 14:52:50 | 110 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 14:57:25 | 27 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 14:58:32 | 2 | moc | Outgoing | 12673108421 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 02A | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 14:59:04 | 2 | moc | Outgoing | 12673386653 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 02A | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 15:02:05 | 172 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 15:24:34 | 3 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 15:25:07 | 3 | moc | Outgoing | 12673386653 | 18056377249 | 18056377249 | 14699829999 | 310260072738688 | 356571084840190 | Completed Successfully | 02A | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 18:09:29 | | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Abnormal Completion | 02A;11 | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 18:10:00 | | moc | Outgoing | 12673386653 | 18056377249 | 18056377249 | 18056377249 | 310260072738688 | 356571084840190 | Abnormal Completion | 02A | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 18:11:54 | 297 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | NYTAS002 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 19:48:24 | | SMSC | | 9701 | | 12673108421 | | | | Completed Successfully | | mavsms_pol01 | | | | | | | | | |
| 2019-07-25 | 19:58:03 | 8 | mtc | Incoming | 16092847835 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | CTTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 21:03:45 | | moc | Outgoing | 12673108421 | 12673386653 | 12673386653 | 12673386653 | 310260072738688 | 356571084840190 | Abnormal Completion | | CTTAS202 | 40451 | 1 | 130 | 40.068761 | -75.029483 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 21:05:28 | 421 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | CTTAS202 | 40451 | 1 | 130 | 40.068761 | -75.029483 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 22:28:53 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 2019-07-25 | 22:29:34 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_pol01 | | | | | | | | | |
| 2019-07-25 | 22:30:50 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 2019-07-25 | 22:32:59 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_pol01 | | | | | | | | | |
| 2019-07-25 | 22:33:48 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 2019-07-25 | 22:34:20 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_pol01 | | | | | | | | | |
| 2019-07-25 | 22:36:16 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 2019-07-25 | 22:36:35 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_ttn03 | | | | | | | | | |
| 2019-07-25 | 23:12:59 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 2019-07-25 | 23:13:44 | | SMSC | | 12673108421 | | 16102996216 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 2019-07-25 | 23:13:59 | 172 | moc | Outgoing | 12673108421 | 12673386653 | 12673386653 | 12673386653 | 310260072738688 | 356571084840190 | Completed Successfully | | CTTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |
| 2019-07-25 | 23:15:11 | | SMSC | | 16102996216 | | 12673108421 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 2019-07-26 | 01:36:32 | 133 | mtc | Incoming | 12673386653 | 12673108421 | 12673108421 | 12673108421 | 310260072738688 | 356571084840190 | Completed Successfully | 11 | CTTAS202 | 40451 | 3 | 300 | 40.069396 | -75.02978 | 2555 Welsh Rd | Philadelphia | PA | 19152 |

Information Provided By:
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 2 of 2

EXHIBIT 1

SIPP-LIPSCOMB 000126

**T··Mobile·**

Law Enforcement Relations Group
4 Sylvan Way
Parsippany, NJ 07054
Direct Dial: 973-292-8911
Fax: (973) 292-8697

### NOTICE REGARDING TIMESTAMP ON TMUS CALL DETAIL RECORDS

T-Mobile US, Inc. (which includes T-Mobile USA and Metro PCS) stores and maintains call detail records in several different native formats. The most current call detail records are stored and maintained in Coordinated Universal Time ("UTC"). UTC is not a time zone, but a time standard that is the basis for civil time and time zones worldwide. UTC operates independently of country specific time zones and/or seasonal adjustments, such as Daylight Savings Time. Older call detail records are stored and maintained in the time zone associated with the user's location at the time of the call. UTC is the equivalent of GMT.

If you received call detail records in a spreadsheet format, they are timestamped in UTC. If call records have been produced, the transactions reflect UTC timestamps that correspond with the dates and times specifically identified in the legal demand.

A list of the most commonly requested records is listed below, together with the associated native formats.

| | |
|---|---|
| **VOICE CALLS, CELL SITES, SMS – Most recent 24 months** | **UTC** |
| **VOICE CALLS – Older than 24 months (postpaid only)** | **User Location at time of call** |
| **SMS – Older than 24 months (postpaid only)** | **PST/PDT** |
| **MMS – any age (if available)** | **PST/PDT** |
| **Data Sessions – up to 180 days** | **UTC** |

**The resources below will assist your preparation of a description of records that corresponds with UTC.**

To convert records to your local time, you will need to use a converter, such as:
http://www.worldtimeserver.com/convert_time_in_UTC.aspx

For more information on UTC, you may visit:
http://www.timeanddate.com/time/aboututc.html

Any questions regarding this notice may be directed to LER2@T-Mobile.com. Please be sure to include the Tracking ID that appears of the initial response with all questions and inquiries.

EXHIBIT 1

SIPP-LIPSCOMB 000121

Interpreting Call Detail Records

Your response includes Call Detail Records (CDR) either with or without location. Our query results in an Excel file with multiple columns. This is a combined report of calls and messages. Each row represents one call on the T-Mobile network. Some fields only appear in reports with location information. T-Mobile does not retain the content of text messages.

Calls made while roaming also **do not** appear on this report.

As of February 2020, T-Mobile retains the metadata for certain types of 4G/LTE based text messages (SMSc and RCS) for only 22 months. If your records contain detail older than 22 months from the date of production, these messages may not be represented. T-Mobile still retains details of all network originated voice transactions for 24 months.

Entries with outgoing calls to 8056377249 indicate incoming calls that are forwarded (out) to the voicemail system. Entries with outgoing calls to 8056377243 = 805-MESSAGE indicate voicemail retrieval.

Please remember that T-Mobile CDR systems natively use Coordinated Universal Time (UTC). By default, that means a day of call detail records are taken from 00:00:01 to 23:59:59 UTC which may differ from your intended time range due to your time zone. If specific times other than our default are important to your inquiry, please submit legal demands with the date range/time frame adjusted for UTC to avoid delay or confusion. We are unable to convert the time displayed in the records to the local time of the handset.

The columns present on your CDR may be:

| COLUMN NAME | DESCRIPTION | LOCATION RPT ONLY? | NOTES |
|---|---|---|---|
| Date | Date format mm/dd/yyyy | NO | |
| (UTC) Time | 24 hour time format - hh:mm:ss in UTC | NO | In UTC time |
| Duration | Duration in seconds | NO | |
| Call Type | Type of call: callForwarding = Forwarded Call; mSOriginating = Outgoing Voice Call; mSTerminating = Incoming Voice; mSOriginatingSMSinMSC = Outgoing SMS; mSTerminatingSMSinMSC = Incoming SMS; moc=Mobile Originating Call; mtc= Mobile Terminating Call; SMSc = text message; RCS-IMChat = rich content message, multimedia and text | NO | Cell Site location is not available for Call Types SMSc and RCS-IMChat. For SMSc messaging, T-Mobile provides record of any activity between the requested target number and any other customers utilizing the T-Mobile network for the time and date range requested regardless if the target number currently is/was assigned to T-Mobile or a T-Mobile wholesale partner. |
| Direction | Outgoing or Incoming to the target telephone number | NO | |
| Calling Number | Phone number that initiated the call | NO | |
| Dialed Number | Dialed digits | NO | |
| Called Number | Phone number that received the call | NO | |
| Destination Number | The final destination number to which the network has connected the call (might be different from the one dialed by subscriber if network translation was applied) | NO | |
| IMSI | International Mobile Subscriber Identity of the target number, if present | NO | |
| IMEI | International Mobile Equipment Identity of the target number, if present | NO | |
| Completion Code | Completed successfully or Abnormal Completion (network interruption). Abnormal completion calls display on this report but may or may not show on a customer's bill. | NO | |



| Field | Description | | |
|---|---|---|---|
| Service Code | 11 Calling line identification presentation<br>12 Calling line identification restriction<br>13 Connected Line ID Presentation<br>20 All Call Forwarding Services<br>21 Call Forwarding Unconditional (CFU)<br>28 All Cond Call Forwarding Services<br>29 Call Forwarding on Mobile Subscriber Busy (CFB)<br>2A Call Forwarding on No Reply (CFNRy)<br>2B Call Forwarding on Not Reachable (CFNRc)<br>31 Explicit Call Transfer (ECT)<br>42 Call Hold 41 Call waiting<br>51 Multi-Party (MPTY) | NO | |
| Switch Name | Name of the switch which was used to deliver the call to the target number. | NO | This is NOT an indication of the location of the device. |
| 1st LTE Site ID | EnodeBid value in decimal | YES | Only present if the call was over LTE |
| 1st LTE Sector ID | ID of the first sector used if the site is an LTE site | YES | Only present if the call was over LTE |
| 1st LAC | 1st LAC value in decimal | YES | Not present if the call was over LTE |
| 1st Cell ID | 1st Cell Site ID value in decimal | YES | Not present if the call was over LTE |
| 1st Tower Azimuth | Location: Azimuth orientation of antenna serving user if available (see note below) | YES | |
| 1st Tower LAT | Latitude of 1st cell tower used. | YES | |
| 1st Tower LONG | Longitude of 1st cell tower used. | YES | |
| 1st Tower Address | Street Address of the 1st serving tower if available | YES | |
| 1st Tower City | City of the 1st serving tower if available | YES | |
| 1st Tower State | State of the 1st serving tower if available | YES | |
| 1st Tower Zip | ZIP of the 1st serving tower if available | YES | |
| Last LTE Site ID | EnodeBid value in decimal | YES | Only present if the call was over LTE |
| Last LTE Sector ID | ID of the last sector used if the site is an LTE site | YES | Only present if the call was over LTE |
| Last LAC ID | Last LAC value in decimal | YES | Not present if the call was over LTE |
| Last Cell ID | Last Cell Site ID value in decimal | YES | Not present if the call was over LTE |
| Last Tower Azimuth | Azimuth orientation of antenna serving user if available (see note below) | YES | |
| Last Tower LAT | Latitude of last cell tower used. | YES | |
| Last Tower LONG | Longitude of last cell tower used. | YES | |
| Last Tower Address | Street Address of the last serving tower if available | YES | |
| Last Tower City | City of the last serving tower if available | YES | |
| Last Tower State | State of the last serving tower if available | YES | |
| Last Tower Zip | ZIP of the last serving tower if available | YES | |

A NOTE ON AZIMUTH: The azimuth listed is the center compass degree facing of the identified sector of the tower. Generally, the coverage of a tower is circular and divided in three equal pieces (each 120 degrees wide). Due north is 0, due south is 180. However, not every tower is aligned with the first sector starting at 0. Using the listed azimuth, rough direction from the tower can be calculated for a call. The center degree of the sector's facing is indicated in this field. For example, if a facing has a listed orientation of 90, the center of the coverage is pointed at 90 degrees but the sector will cover traffic from roughly 60 degrees on either side (thus 30 to 150 degrees in this example).

For more information on UTC, please visit: http://www.timeanddate.com/time/aboututc.html. To convert records to your local time, you will need to use a converter such as http://www.worldtimeserver.com/convert_time_in_UTC.aspx.