Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

OF PENNSYLVANIA

* * * * * * * * *

|  |  |
|---|---|
| LASHEENA SIPP-LIPSCOMB, | * |
| et al., | * |
|    Plaintiffs | *    Case No. |
|    vs. | *    2:20-CV-01926 |
| EINSTEIN PHYSICIANS | * |
| PENNYPACK PEDIATRICS, et al., | * |
|    Defendants | * |
|  | * |

* * * * * * * * *

VIDEOCONFERENCE DEPOSITION

OF

LASHEENA SIPP-LIPSCOMB

March 22, 2021

Any reproduction of this transcript

is prohibited without authorization

by the certifying agency.



EXHIBIT 2

MAGNA LEGAL SERVICES

Page 29

1    A. It was like a pinky red.  It wasn't bright red.
2    Q. Okay.
3    A. I knew that it just wasn't normal.
4    Q. Sure, sure.
5    Now, how long was this conversation with the
6    nurse that you had?
7    A. Maybe about two minutes or so, two and a half
8    minutes.  I'm not sure.
9    Q. Do you remember the nurse's name?
10   A. No, sir.
11   Q. Were you on your cell phone or a home phone?
12   A. Cell phone.
13   Q. And you still have that number today.
14   Correct?
15   A. No, sir.
16   Q. No?  Okay.
17   Do you remember what your cell phone number was
18   at the time?
19   A. No, sir.  I had many numbers after that.
20   Q. Okay.
21   Do you remember what cell phone service you used
22   at the time?
23   A. T-Mobile.
24   Q. Is that still the service you use today?
25   A. Yes.



Page 73

1    A. Yes.  Correct.
2    Q. All right.
3    What time did he wake up?  I'm not sure I asked
4    you that.
5    A. It was around, like, 3:00 --- I would say 3:30.
6    Around like 3:00, 3:30.  So I called them as soon as
7    he came out whining.  It was probably like a two
8    minute difference.
9    Q. Okay.
10   A. I know it was ---.
11   ATTORNEY DA. JOKELSON:
12   You know --- you cut off in the middle
13    of that answer.  You know it was what?
14   THE WITNESS:
15   3:00, around 3:00, 3:30.
16   ATTORNEY SAMMS:
17   And that's what I was just going to ask
18    you in follow-up.
19   BY ATTORNEY SAMMS:
20   Q. Obviously it's a big event in your life, so you
21    want to remember it and you remember the timing.  But
22    I guess, were you watching something on TV that let
23    you know it was 3:00 or 3:30?  Or you just got done
24    with lunch, so you know it was a certain time?
25   A. Well there was ---.


Page 199

```
1   ATTORNEY ZACK:
2   Right.
3   THE WITNESS:
4   I don't remember.
5   ATTORNEY ZACK:
6   Okay.
7   THE WITNESS:
8   I don't know if it was over the phone or
9     in person.
10    BY ATTORNEY ZACK:
11    Q. And just to be clear that call around 3:45 p.m.,
12       that was the first time you called that day.
13  Correct?
14    A. Correct.
15    Q. And did you use your cell phone?
16    A. Yes.
17    Q. Okay.
18  Was that number at the time, 267-310-8421?
19    A. I believe so.  I don't know.
20    Q. You not sure?
21    A. I'm not sure.
22    Q. Okay.
23  What number did you call?
24    A. I don't know offhand, off the top of my head.
25    Q. Where did you find the number?
```



EXHIBIT 2
MAGNA LEGAL SERVICES