# In The Matter Of:

*LaSheena Sipp-Lipscomb, et al. vs.*
*Einstein Physicians Pennypack Pediatrics, et al.*

---

*Pam Brown*
*July 23, 2021*

---

*B&R Services for Professionals, Inc.*
*235 South 13th Street*
*Philadelphia, PA 19107*
*(215) 546-7400*
*cr@brservices.com*

Original File 072321p1lipscomb_1c Brown.txt
**Min-U-Script® with Word Index**

EXHIBIT 3

1   two minutes and 41 seconds, and it's an outgoing
2   call from a mobile telephone, and MOC stands for
3   mobile originating call and the mobile number is as
4   I said before (267) 310-8421, which I'll represent
5   to you is mobile number that was being used by the
6   minor child, Andres Gardin, Jr.'s mother, Lasheena
7   Sipp-Lipscomb, and the number that was dialed was
8   215-698-9200.
9            Do you understand 215-698-9200 to be an
10  Einstein extension?
11  A.   Yes, it would be the main number for Pennypack
12  East.
13  Q.   Pennypack East would be Pennypack Pediatrics,
14  correct?
15  A.   Correct.
16  Q.   Are you aware that Miss Lipscomb placed a
17  phone call on July 23 to Pennypack Pediatrics?
18       MR. ZACK:  We'll stipulate to whatever
19     this document states, but she's not going to
20     endorse it or ratify it.
21       MR. JOKELSON:  I understand it.  I just
22     want to know if she's aware of any phone
23     call by Miss Lipscomb.
24       MR. ZACK:  I understand the question and
            B & R Services for Professionals, Inc.

EXHIBIT 3

1              Are you the person that's most
2     knowledgeable concerning the policies, procedures,
3     processes, guidelines, and protocols in effect on
4     July 23, 2019 for conducting, following up on and
5     noting, recording, Pennypack patient telephone
6     calls/encounters and telephone triage?
7     A.    Yes.
8     Q.    Are you also the person for determining the
9     acuity of Pennypack patient calls?
10    A.    I'm not the person to determine acuity because
11    I'm not clinical.  I'm only operations.
12              MR. ZACK:  He's talking about the
13         policies for that.
14              THE WITNESS:  The policies, yes.
15    BY MR. JOKELSON:
16    Q.    And the policies, procedures, processes,
17    guidelines, and protocols for providing following
18    up on and noting/recording Pennypack patient
19    telephone advice and instructions?
20    A.    Yes.
21    Q.    And I take it you're also the person most
22    knowledgeable concerning the identification of
23    Einstein persons responsible for Pennypack patient
24    telephone calls/encounters/triage on July 23,

           B & R Services for Professionals, Inc.

# EXHIBIT 3

1   between 1:00 p.m. and 5:00 p.m. Eastern Daylight
2   Time?
3   A.   Yes.
4   Q.   And you're also the person most knowledgeable
5   about the protocols, pathways, policies, guidelines
6   and procedures in effect on July 23, 2019 for
7   advising, addressing, and acting upon Pennypack
8   pediatric patient complaints of testicular/scrotal
9   pain and/or swelling?
10  A.   Yes, from an operational standpoint only.
11  Q.   What does that mean?
12           MR. ZACK:   David, she's here to talk
13       about policies.  She's making the point that
14       she's not a medical provider.
15  BY MR. JOKELSON:
16  Q.   You have no medical background, do you?
17  A.   No medical background.
18  Q.   What is your education background?
19  A.   My education background, I have an MBA.
20  Q.   Did you concentrate in a certain area?
21  A.   Healthcare administration.
22  Q.   And when did you get that MBA?
23  A.   2010.
24  Q.   I thought you were going to tell me just last

             B & R Services for Professionals, Inc.

EXHIBIT 3

```
 1              I'm not sure that Pam found that, but
 2         that was located and produced to you.
 3   BY MR. JOKELSON:
 4   Q.    Other than that, are you aware of any other
 5   written policies, procedures, policies, guidelines,
 6   protocols in effect on July 23?
 7   A.    No.
 8   Q.    Pursuant to your investigation, were you able
 9   to identify Einstein persons responsible for
10   Pennypack patient telephone calls, encounters, and
11   triage between 1:00 p.m. and 5:00 p.m. on July 23?
12   A.    Yes.
13   Q.    Who were those persons?
14   A.    The three triage nurses at that particular
15   time would have been Fran Barlow, Allison /PH-BG
16   Donald.
17   Q.    Hold on.  You're going too fast for me.  How
18   do I spell Barlow?
19   A.    BA R L O W.
20   Q.    Who else?
21   A.    Allison McDonnel.
22   Q.    M-C --
23   A.    M-C-D-O-N-N-E-L, and don't quote me on that
24   spelling.
              B & R Services for Professionals, Inc.
```

EXHIBIT 3

1  Q.    Who's the third person?
2  A.    Patricia Madison, M-A-D-I-S-O-N.
3  Q.    Patricia Madison.  Are these all nurses?
4  A.    They are all nurses.
5  Q.    Are they nurse practitioners?
6  A.    No.
7  Q.    They were responsible for patient telephone
8  calls, encounters, and triage on July 23 of 2019
9  between 1:00 and 5:00 p.m.?
10 A.    Yes.
11 Q.    Were you able to identify which one of these
12 persons spoke with Miss Lipscomb?
13 A.    No.
14 Q.    Did you interrogate each one of the three?
15 A.    Based on my understanding our legal team did
16 the investigation with them.  I did not.
17 Q.    Do you know whether anyone was able to
18 identify -- do you know if any of the three of them
19 had a memory of any phone call?
20 A.    Based on my understanding they did not.
21 Q.    Did they deny the phone call, do you know?
22              MR. ZACK:  Wait.  Wait.  What do you
23        mean "deny the phone call?"  They don't have
24         any memory of it.  That's the end of the
              B & R Services for Professionals, Inc.

EXHIBIT 3

```
 1         inquiry.
 2    BY MR. JOKELSON:
 3    Q.   They don't have any memory one way or the
 4    other?
 5    A.   That is correct.
 6    Q.   But those would be the universe of persons who
 7    would have taken any such telephone call, encounter
 8    or triage?
 9    A.   Yes.
10    Q.   And there would be no other person?
11    A.   No.
12    Q.   And then the third area is you're the person
13    most knowledgeable concerning the protocols,
14    pathways, policies, guidelines -- I think I asked
15    you that.
16              Have you been able to locate any
17    protocols, pathways, policies, guidelines or
18    procedures in effect on July 23 advising,
19    addressing, or acting upon pediatric patient
20    complaints of testicular or scrotal swelling or
21    pain?
22    A.   That would be -- that would be based on our
23    telephone protocols, Barton Schmitt Telephone
24    Pediatric Protocols.
```

B & R Services for Professionals, Inc.

EXHIBIT 3