# In The Matter Of:

*LaSheena Sipp-Lipscomb, et al. vs.*
*Einstein Physicians Pennypack Pediatrics, et al.*

*Frances Barlow, RN*
*November 1, 2021*

*B&R Services for Professionals, Inc.*
*235 South 13th Street*
*Philadelphia, PA 19107*
*(215) 546-7400*
*cr@brservices.com*

Original File 11.1.21-Frances Barlow.txt
**Min-U-Script® with Word Index**

EXHIBIT 4

```
 1   were the Barton Schmitt manual and computer manuals,
 2   is what you're saying?
 3        A    Yes, and -- yes.
 4        Q    Were there any other documents that were
 5   given to you?
 6        A    No.  Just pediatric immunization records
 7   and things like that, but no.
 8        Q    Had you had any experience up through this
 9   time in the pediatric setting with testicular
10   torsion?
11        A    So before this?
12        Q    Yeah, in your career.
13        A    No.
14        Q    Okay.  I want to -- you froze for a
15   second, and I want to make sure the record is clear.
16   Your complete answer to that question was no?
17        A    Yes.  No.
18        Q    Okay.  I just want to make sure we have an
19   accurate record.
20             And had you ever had -- up through
21   that point in time, had you ever had a patient or a
22   parent of a patient present with complaints of a
23   swollen scrotum or scrotal pain?
24             MR. ZACK:  David, just so I'm clear,
```

EXHIBIT 4

1          just to clarify, you're talking about at any
2          time prior to her starting at Einstein in 2018?
3                   MR. JOKELSON:  Yeah.
4                   THE WITNESS:  No, not prior to
5          starting at Einstein.
6   BY MR. JOKELSON:
7       Q    Were you aware of the gravity of those
8   symptoms?
9       A    Yes.
10      Q    And what was your understanding about the
11  gravity of those symptoms?
12      A    Whenever there's any testicular pain or
13  swelling that the child or person is to be sent to
14  the emergency room for further evaluation.
15      Q    Okay.  And why is that?
16      A    Because of the possibility of testicular
17  torsion, which could eventually lead to the person
18  losing the testicle.
19      Q    And that's a pretty serious circumstance.
20              Do you understand that?
21      A    Yes.
22      Q    When you started -- so you had three weeks
23  of training when you started at Einstein?
24      A    Approximately, yes.

EXHIBIT 4

```
 1        Q    And then while you were at Einstein, did
 2   you -- either at the Holland Practice or at the
 3   other Pennypack Practice, did you ever field any
 4   phone calls or telephone encounters dealing with
 5   complaints of scrotal pain or scrotal swelling?
 6               MR. ZACK:  Objection.  Just to
 7         clarify, David, you mentioned working at the
 8         Pennypack Practice.  I don't think she
 9         testified --
10               MR. JOKELSON:  Well, she worked for
11         the Pennypack Practice in the centralized
12         office.
13               MR. ZACK:  Well, that's the
14         centralized office.
15               MR. JOKELSON:  At any time -- excuse
16         me, Joe?
17               MR. ZACK:  That centralized triage
18         covered all the practices.
19               MR. JOKELSON:  That's correct,
20         including Pennypack.
21   BY MR. JOKELSON:
22        Q    So at any time while you were doing --
23   employed to do telephone triage, whether it was in
24   the centralized office or the Holland office, do you
```

EXHIBIT 4

```
 1   recall ever getting -- having a telephone encounter
 2   where the patient or the patient's parents were
 3   complaining of symptoms of scrotal pain or scrotal
 4   swelling?
 5        A    No.
 6        Q    As part of your training, did you review
 7   the Barton Schmitt manual?
 8        A    Yes.
 9        Q    Let me put up for you -- I'm going to
10   share my screen.  Hopefully, you'll be able to see
11   this.
12             Ms. Barlow, is this the Barton
13   Schmitt manual?  I'm just kind of scrolling through.
14        A    Yes.
15        Q    And what I'm showing you is Exhibit 31,
16   which is the cover page and title page of the book.
17             Was this book always accessible to
18   you?
19        A    Yes.
20        Q    Now, when you're engaged in telephone
21   triage at Einstein, was it their policy and
22   procedure that you and the other telephone triagers
23   were to write down notes of the telephone
24   encounters, patient encounters?
```

EXHIBIT 4

1       A    Not typically, no.

2       Q    Well, that's what I'm getting at.  When
3  you say "not typically", that leaves room for the
4  occasional circumstance where that may happen.

5       A    Well, you try to -- I can't say 100
6  percent.  I mean, 100 percent is 100 percent, but it
7  would be very minimal information, just -- but most
8  of the information was charted while the person was
9  on the phone.

10      Q    But on occasion, on the odd occasion,
11 there could be a circumstance where it was charted
12 afterwards.

13           Is that fair?

14      A    Yes.

15      Q    Okay.  So let me ask you -- let me show
16 you what we've marked before as P-32, which is part
17 of the Barton Schmitt manual that's labeled the User
18 Guide.

19           Are you familiar with the User Guide?

20      A    Yes.

21      Q    So let me go to the first page.  It talks
22 about returning phone calls, how to prioritize them.
23 Emergent calls are returned first.

24           Did you understand at the time that a

EXHIBIT 4

```
 1   scrotal swelling or scrotal pain was a pediatric
 2   urological emergency?
 3        A    Yes.
 4        Q    And it was emergencies just like that that
 5   were to be given the highest priority?
 6        A    Yes.
 7        Q    And let me show you on Page 8 of this User
 8   Guide -- I'm sorry, not Page 8 -- Item 8 on the User
 9   Guide.
10             Do you see it says, Document the
11   Call?
12        A    Yes.
13        Q    That's the documentation that we were
14   talking about before, correct?
15        A    Yes.
16        Q    And it says -- at the end it says, Write
17   as you go -- I'm sorry.  Write as you go.  Delayed
18   documentation leads to errors and inefficiency.
19             Do you see that?
20        A    Yes.
21        Q    Is that an accurate statement?
22        A    Yes.
23        Q    And was that the policy and procedure to
24   be followed at Einstein?
```

EXHIBIT 4