# In The Matter Of:

*LaSheena Sipp-Lipscomb, et al. vs.*
*Einstein Physicians Pennypack Pediatrics, et al.*

---

*Allyson McDonnell, RN*
*November 1, 2021*

---

*B&R Services for Professionals, Inc.*
*235 South 13th Street*
*Philadelphia, PA 19107*
*(215) 546-7400*
*cr@brservices.com*

Original File 11.1.21-Allyson McDonnell.txt
**Min-U-Script® with Word Index**

EXHIBIT 5

```
 1      Q    And you don't recall conversations with
 2  any of the other two nurses -- with either of the
 3  other two nurses concerning a call concerning Andre
 4  Gardin, Junior or about children with injury to the
 5  scrotum on that day?
 6      A    No.
 7      Q    Do you understand that scrotal swelling or
 8  scrotal pain is an emergency situation?
 9      A    Yes.
10      Q    And in that case, should a patient be
11  directed to proceed immediately to the emergency
12  room?
13      A    Yes.
14      Q    And why is that?
15      A    Because it's a medical emergency.  They
16  need an ultrasound to rule out testicular torsion.
17      Q    Do you understand the consequences of not
18  having an ultrasound to rule out testicular torsion?
19              MR. ZACK:  Objection to form.  You
20      may answer.
21              THE WITNESS:  Yes.
22  BY MR. JOKELSON:
23      Q    And what are those consequences?
24      A    Loss of testicle.
```

**EXHIBIT 5**