# In The Matter Of:

*LaSheena Sipp-Lipscomb, et al. vs.*
*Einstein Physicians Pennypack Pediatrics, et al.*

*Patricia Madison, RN*
*November 1, 2021*

*B&R Services for Professionals, Inc.*
*235 South 13th Street*
*Philadelphia, PA 19107*
*(215) 546-7400*
*cr@brservices.com*

Original File 11.1.21-Patricia Madison.txt
Min-U-Script® with Word Index

EXHIBIT 6

```
 1      Q    And let me show you what has been
 2 previously marked as Plaintiff's Exhibit P-32.  Just
 3 for your reference, Nurse Madison, P-32 is the last
 4 several pages of the manual in the attached section
 5 called User's Guide that begins on page 449, and
 6 I've copied to put up on the screen Pages 449
 7 through 461 of that User's Guide portion of the
 8 book.
 9           Do you see that?
10      A    Yes.
11      Q    Now, this record, are you familiar with
12 any -- with whether or not scrotal pain or scrotal
13 swelling in a young boy is an emergency?
14      A    Yes.
15      Q    And is it an emergency?
16      A    Yes.
17      Q    And why is it an emergency?
18      A    Because the child could possibly lose a
19 testicle if not seen immediate -- you have to get it
20 immediate attention.
21      Q    And does that mean that if a child -- if a
22 family reports with scrotal pain or swelling that
23 it's the responsibility of the nurse triager to
24 immediately -- to direct them to proceed immediately
```

EXHIBIT 6