IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LASHEENA SIPP-LIPSCOMB *et al.* <br><br> v. <br><br> EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS, *et al.* | CIVIL ACTION <br><br> NO. 20-1926 |
|---|---|

# ORDER

**AND NOW** this 5th day of August, 2022, for the reasons stated in the foregoing Memorandum, Plaintiffs' Motions in Limine (ECF 188, 189, and 190) are **DENIED,** without prejudice, and Defendants' Motions for Summary Judgment (ECF 161-163, 165, 167) are **DENIED**, without prejudice.

BY THIS COURT:

/s/ Michael M. Baylson

MICHAEL M. BAYLSON
United States District Court Judge

O:\CIVIL 20\20-1926 Sipp-Lipscomb v Einstein Phys\20cv1926 Order re MILs.docx