IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LASHEENA SIPP-LIPSCOMB**, *et al.* | **CIVIL ACTIO1N** |
| v. | NO. 20-1926 |
| **EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS**, *et al.* | |

## REPORT OF FINAL PRETRIAL CONFERENCE

**AND NOW**, this 13th day of October, 2022, the Court held a final pretrial conference on the record on October 13, 2022. As a result of the conference, it is hereby **ORDERED** that the trial date and final pretrial procedures are as follows:

1. Jury selection shall take place on a date to be set prior to trial no later than February 23, 2023 in Courtroom 3A. The record notes reasons why the Court has to set a trial date acceptable to all but one counsel.

2. Counsel shall exchange voir dire questions at least 48 hours prior.

3. Trial will start on February 27, 2023 at 9:00 a.m. in Courtroom 3A unless all counsel are available to start as of February 21, 2023, or any day that week.

4. Parties shall exchange trial exhibits no later than November 1, 2023.

5. The parties shall also prepare, as appropriate, accurate summaries and/or charts of evidence pursuant to Federal Rule of Evidence 1006.

6. Any objections to exhibits shall be served within seven (7) days of receipt, and the parties shall have discussions to resolve objections. Any unresolved objections shall be submitted to the Court prior to the start of trial.

7. The parties shall serve any deposition designations by November 18, 2022 followed by objections and/or counter-designations within seven (7) days.

8.  Any additional motions in limine that counsel could not previously file are due December 1, 2022.  Responses are due within seven (7) days.

9.  Points for charge and proposed jury verdict forms shall be filed by January 13, 2023.

10. The Court will schedule a second final pretrial conference during the week of January 10, 2023 to ascertain the status of counsel on jury selection and trial date.

                                                      **BY THE COURT:**

                                                      /s/ Michael M. Baylson

                                                      **MICHAEL M. BAYLSON, U.S.D.J.**