IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION

| | | |
|---|---|---|
| LASHEENA SIPP-LIPSCOMB and ANDRES GARDIN, SR., Individually and in their own right and as Parents and Natural Guardians of A G, JR., a Minor | : : : : : | |
| V. | : : | NO. 2:20-cv-01926 |
| EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS and ALBERT EINSTEIN HEALTHCARE NETWORK and AGENT DOE and ST. CHRISTOPHER'S HEALTHCARE, LLC f/k/a and/or f/d/b/a St. Christopher's Hospital for Children and AMERICAN ACADEMIC HEALTH SYSTEM, LLC f/k/a and/or f/d/b/a St. Christopher's Hospital for Children and PHILADELPHIA ACADEMIC HEALTH HOLDINGS, LLC f/k/a and/or f/d/b/a St. Christopher's Hospital for Children and PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC f/k/a and/or f/d/b/a St. Christopher's Hospital for Children and HAYLEY BARTKUS a/k/a HAYLEY BARKUS and ERIN E. HASSEL, M.D. and PRAMATH NATH, M.D. and UROLOGY FOR CHILDREN, LLC and CHARLES W. CONCODORA, M.D. and and ERIC Y. CHO, M.D. and ARJUN KALYANPUR, M.D. and TELERADIOLOGY SOLUTIONS, P.C. | : : : : : : : : : : : : : : : : : : : : : : : : : | **JURY TRIAL DEMANDED BY ERIC Y. CHO, M.D.** |

## **EXHIBIT LIST OF DEFENDANT, ERIC Y. CHO, M.D.**

1. Plaintiffs' Amended Complaint

2. Answer with Affirmative Defenses of Defendant, Eric Y. Cho, M.D.

3. Plaintiffs' Answers to Defendant's Medical Malpractice Interrogatories

4. Plaintiffs' Answers to Defendant's Request for Production of Documents

5. Defendant's Answers to Plaintiffs' 1st Set of Interrogatories

6. Defendant's Answers to Plaintiffs' 1st Set of Request for Production of Documents

7. Defendant's Responses to Plaintiffs' Interrogatories and Request for Production of Documents (Affirmative Defenses)

8. Plaintiff Minor's medical records from Pennypack Pediatrics

9. Plaintiff Minor's medical records from St. Christopher's Hospital for Children

10. Plaintiff Minor's medical records from Albert Einstein Medical Center

11. Plaintiff Minor's medical records from Urology for Children

12. Plaintiff Minor's medical records from Tampa Pediatrics

13. Plaintiff Minor's medical records from St. Joseph's Hospital

14. Plaintiff Minor's medical records from St Christopher's Hospital Department of Audiology

15. Plaintiff Minor's medical records from Tri County Pediatrics/ David Meckler, M.D.

16. Plaintiff Minor's medical records from Pediatric Urology

17. Plaintiff Minor's radiology studies, including ultrasounds, from St. Christopher's Hospital for Children

18. Deposition Transcript of Lasheena Sipp-Lipscomb

19. Deposition Transcript of Andres Gardin, Sr.

20. Deposition Transcript of Arjun Kalyanpur, M.D.

21. Deposition Transcript of Eric Y. Cho, M.D.

22. Deposition Transcript of Pramath Nath, M.D.

23. Deposition Transcript of Erin Hassel, M.D.

24. Deposition Transcript of Charles Concodora, M.D.

25. Deposition Transcript of Hayley Bartkus, BSDMS RDMS

26. Deposition Transcript of Pam Brown

27. Deposition Transcripts of Erica Poletto, M.D. (9/22/21 and 12/02/21)

28. Deposition Transcript of Allyson McDonnell

29. Deposition Transcript of Frances Barlow, RN

30. Deposition Transcript of Patricia Madison, RN

31. Photographs of Plaintiff Minor

32. *Curriculum vitae* of Defendant, Eric Y. Cho, M.D.

33. *Curriculum vitae* of Jonathan Routh, M.D.

34. Any and all medical literature, including but not limited to relating to testicular torsion, testicular torsion surgery, fertility, endocrine, and psychology of testicular torsion

35. Any medical literature relied upon by any expert

36. Any and all radiology studies of Plaintiff Minor

37. Any models, computer images, graphics, diagrams, animation or images

38. Enlargement of any exhibit(s)

39. Chronology of timeline of events

40. Any exhibit(s) identified by Plaintiffs

41. Any exhibit(s) identified by codefendants

42. Defendant reserves the right to supplement this Exhibit List up to and through the time of trial

                                            MARSHALL DENNEHEY WARNER
                                            COLEMAN AND GOGGIN

                             BY: *E. Chandler Hosmer*
                                            E. CHANDLER HOSMER, III, ESQUIRE
                                            Attorney ID No.:  28499
                                            Attorney for Defendant, Eric Y. Cho, M.D.
                                            620 Freedom Business Center, Suite 300
                                            King of Prussia, Pa  19406
                                            Phone:  (610) 354-8250 / Fax:  (610) 354-8299
                                            Email:  echosmer@mdwcg.com

Date:  November 1, 2022