# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Lasheena Sipp-Lipscomb and Andres Gardin, Sr., Individually and in their own right and as Parents and Natural Guardians of A G, Jr., a Minor**<br><br>v.<br><br>**Einstein Physicians Pennypack Pediatrics,** *et al.* | Civil Action No. 2:20-cv-01926-MMB |

## PLAINTIFFS' AMENDED EXHIBIT LIST

## (ATTACHED AS EXHIBIT A)

                                                JOKELSON LAW GROUP, P.C.

Date: November 1, 2022        By:   s/David E. Jokelson
                                                   DAVID E. JOKELSON, ESQUIRE
                                                   DEREK E. JOKELSON, ESQUIRE
                                                   230 S. Broad Street
                                                   10th Floor
                                                   Philadelphia, PA 19102
                                                   (215) 735-7556

                                                   *Attorneys for Plaintiffs*

EXHIBIT A
PLAINTIFFS' AMENDED EXHIBIT LIST
Sipp-Lipscomb, et al. v. Einstein Physicians Pennypack Pediatrics, et al.
USDC for the Eastern District of Pennsylvania, Civil Action No. 20-cv-01926

| EX. No | DATE | DESCRIPTION |
|---|---|---|
| | | |
| **DEPOSITION EXHIBITS MARKED BY PLAINTIFF** | | |
| 1 | 07/24/19 | Audit Data |
| 2 | 07/24/19 | Audit Data |
| 3 | 07/24/19 | Entry Page Screenshot |
| 4 | 07/24/19 | Tech Comments |
| 5 | 08/07/20 | Teleradiology Solutions Website |
| 6 | 07/24/19 | Preliminary Ultrasound Report (Teleradiology Solutions) |
| 7 | 07/24/19 | Final Ultrasound Report (Timothy Higgins) |
| 8 | 07/06/05 | ACR Practice Parameter for Communication of Diagnostic Imaging Findings |
| 9 | 08/07/20 | Quality and Safety in Radiology _JC Accredited Teleradiology Provider Teleradiology Solutions |
| 10 | 07/24/19 | ED Note 0334 |
| 11 | 07/24/19 | Chart Access Log |
| 12 | 07/24/19 | Teleradiology Solutions Preliminary Report |
| 13 | 07/24/19 | Consultation Report |
| | 07/24/19 | Discharge Summary |
| 15 | 07/24/19 | ED Triage |
| 16 | 07/06/05 | Emergency Room On-Call Agreement |
| 17 | | July 2019 Time Log for On-Call Services |
| 18 | | Bartkus LinkedIn |
| 19 | | RDMS Registered Diagnostic Medical Sonographer _ ARDMS |
| 20 | | Pediatric Sonography Certification _ Take Exam Online_ ARDMS |
| 21 | 07/08/21 | Jokelson to Counsel enc Third Amended NOD of Hayley Bartkus, etc. |
| 22 | 07/22/21 | Robinson to Jokelson - update to plaintiffs' counsel |
| 23 | 07/24/19 | Tech Comments |
| 24 | 07/24/19 | Quality Assurance Report |
| 25 | 07/24/19 | QA Response Metadata |
| 26 | | July 23, 2019 - July 25, 2019 T-Mobile Request Submission Response |
| 27 | 07/07/21 | Amended Notice of Deposition - CD of Einstein Physicians |
| 28 | 09/02/20 | Einstein's Initial Disclosures |
| 29 | 06/18/20 | Zack to Jokelson enc partial responses to RPD |
| 30 | 12/20/20 | Objections and Responses of Defendants Einstein to RPD |
| 31 | | CV of Erica Poletto, MD (from Poletto Dep) |
| 32 | | Quality Assurance (Poletto dep) |
| 33 | | TRS RADSPA QA WORKFLOW (Poletto dep) |
| 34 | 09/02/21 | Notice of Deposition of Erica Poletto |
| 35 | | Peer Review |
| 36 | | Medical Staff Bylaws of St. Christopher's Hospital for Children |
| 37 | | Policy/Procedure - Interpretation of Images |
| 38 | | Metadata Info of Your File |
| 39 | | Policy/Procedure - Direct Communication of Abnormal or Urgent Results |
| 40 | | Metadata Info of Your File |
| 41 | 05/01/05 | Position Description/Performance Review |
| 42 | 07/24/19 | Exam Record Access Report |
| 43 | 07/24/19 | Exam Record Access Report |
| 44 | 07/18/21 | RIS Photos |
| 45 | | Teleradiology Solutions Accuracy Summary |
| 46 | | Schmitt Manual Extract |
| 47 | | Schmitt Manual Extract |

EXHIBIT A
PLAINTIFFS' AMENDED EXHIBIT LIST
Sipp-Lipscomb, et al. v. Einstein Physicians Pennypack Pediatrics, et al.
USDC for the Eastern District of Pennsylvania, Civil Action No. 20-cv-01926

| EX. No | DATE | DESCRIPTION |
|---|---|---|
| 48 | | Schmitt Manual Extract |
| 49 | | Schmitt Manual Extract |
| | | |
| **DEPOSITION TRANSCRIP** | **(SUBJECT TO PLAINTIFFS' OBJECTIONS)** | |
| 51 | 03/22/21 | Deposition Transcript of Lasheena Sipp-Lipscomb (Volume 1) |
| 52 | 06/04/21 | Deposition Transcript of Lasheena Sipp-Lipscomb (Volume 2) |
| 53 | 03/22/21 | Deposition Transcript of Andres Gardin |
| 54 | 06/23/21 | Deposition Transcript of Pam Brown |
| 55 | 11/01/21 | Deposition Transcript of Allyson McDonnell, RN |
| 56 | 11/01/21 | Deposition Transcript of Frances Barlow, RN |
| 57 | 11/01/21 | Deposition Transcript of Patricia Madison, RN |
| 58 | 06/23/21 | Deposition Transcript of Hayley Bartkus |
| 59 | 06/15/21 | Deposition Transcript of Erin Hassel, MD |
| 60 | 06/15/21 | Deposition Transcript of Pramath Nath, MD |
| 61 | 06/29/21 | Deposition Transcript of Charles Concodora, MD |
| 62 | 05/26/21 | Deposition Transcript of Eric Cho, MD |
| 63 | 05/03/21 | Deposition Transcript of Arjun Kalyanpur, MD |
| 64 | 09/22/21 | Deposition Transcript of Erica Poletto, MD (Volume 1) |
| 65 | 12/21/21 | Deposition Transcript of Erica Poletto, MD (Volume 2) |
| | | |
| **MEDICAL RECORDS** | | |
| 66 | | Einstein Physicians Pennypack Pediatrics Obtained by Plaintiff |
| | | |
| **OTHER EVIDENCE** | | |
| 67 | 11/01/21 | Tricia Hayes Affidavit (ECF No. 143) |
| 68 | 11/18/21 | Tricia Hayes Affidavit (ECF No. 153) |
| 69 | 12/02/21 | Tricia Hayes Affidavit - Revised |
| 70 | 10/28/21 | 2021-10-28 Samms to Jokelson |
| 71 | 12/02/21 | 2021-12-02 Samms to Jokelson |
| 72 | | Objection by Urology w-Exhibits |
| 73 | | Order Approving and Attaching SCHC Purchase Agreement |
| 74 | | Pediatric Telephone Protocols 16th Edition (Barton D. Schmitt, MD, FAAP) |
| | | |
| **PLAINTIFFS' EXPERTS** | | |
| 75 | 12/18/21 | Report of Daniel Rauch, MD, FAAP |
| 76 | | Curriculum Vitae of Daniel Rauch, MD, FAAP |
| 77 | 08/30/21 | Report of Pasquale Patrizio, MD, MBE, HCLD |
| 78 | 03/02/22 | Rebuttal Report of Pasquale Patrizio, MD, MBE, HCLD |
| 79 | | Curriculum Vitae of Pasquale Patrizio, MD, MBE, HCLD |
| 80 | 12/17/21 | Report of Richard L. Markowitz, MD, FACR |
| 81 | | Curriculum Vitae of Richard L. Markowitz, MD, FACR |
| 82 | 12/14/21 | Report of Pasquale Casale, MD, MHA |
| 83 | 03/03/22 | Rebuttal Report of Pasquale Casale, MD, MHA |
| 84 | | Currriculum Vitae of Pasquale Casale, MD, MHA |
| | | |
| **PHOTOGRAPHS** | | |
| 85 | 11/18/21 | GE RIS System Photographs |
| | | |
| **PLEADINGS** | | |
| 86 | 12/23/20 | Plaintiff's Second Amended Complaint (SAC) with Exhibits (ECF No. 87) |

EXHIBIT A
PLAINTIFFS' AMENDED EXHIBIT LIST
Sipp-Lipscomb, et al. v. Einstein Physicians Pennypack Pediatrics, et al.
USDC for the Eastern District of Pennsylvania, Civil Action No. 20-cv-01926

| EX. No | DATE | DESCRIPTION |
|---|---|---|
| 87 | 01/12/21 | Einstein Answer to SAC w-Aff Def (ECF No. 88) |
| 88 | 01/13/21 | St. Christopher's Hospital for Children, et al Answer w-Aff Def to SAC (ECF No. 91) |
| 89 | 01/14/21 | Kalyanpur and Teleradiology Solutions Answer w-Aff Def to SAC (ECF No. 92) |
| 90 | 01/22/21 | Cho Answer w-Aff Def to SAC (ECF No. 93) |
| 91 | 01/22/21 | Concodora & Urology for Children Answer w-Aff Def to SAC (ECF No. 94) |
| 92 | 10/12/21 | Order re Motion to Compel (ECF No. 134) |
| 93 | 11/18/21 | St. Christopher's Response in Opposition to Plaintiffs' Motion to Enforce (ECF No. 150) |
| | | |
| **DEFENDANTS' WRITTEN DISCOVERY RESPONSES** | | |
| 94 | 06/10/21 | Concordora and Urology Responses to Rogs and RPD (Affirmative Defenses) |
| 95 | 02/01/21 | Cho Response to Plaintiffs' RPD |
| 96 | 04/15/21 | Cho Responses to Plaintiffs' Interrogatories and RPD (Affirmative Defenses) |
| 97 | 05/27/21 | Einstein Responses to Plaintiffs' Interrogatories and RPD (Affirmative Defenses) |
| 98 | 07/10/20 | St. Chris, et al. Response to Plaintiffs' RPD |
| 99 | 09/30/20 | St. Chris, et al. Response to Plaintiffs RPD, Nos 10 to 37 |
| 100 | 05/27/21 | St. Chris, et al. Responses to Plaintiffs' Interrogatories and RPD (Affirmative Defenses) |
| 101 | 10/29/20 | Bartkus Responses to Plaintiffs' RPD |
| 102 | 02/24/21 | Kalyanpur, et al. Objections and Responses to Plaintiffs' RPD |
| 103 | 03/11/21 | Kalyanpur, et al. Supplemental Responses to Plaintiffs RPD |
| 104 | 05/28/21 | Kalyanpur, et al. Supplemental Responses to Discovery Pursuant to Deposition |
| 105 | 06/02/21 | Kalyanpur, et al. Objetions and Responses to Plaintiffs Interrogatories and RPD (Affirmative Defenses) |
| 106 | 09/10/21 | Kalyanpur, et al. Responses to Plaintiffs' Supplemental RPD |
| | | |
| **DEFENDANTS' DOCUMENT PRODUCTIONS** | | |
| 107 | | Eric Cho, MD Curriculum Vitae |
| 108 | | Urology for Children Chart |
| 109 | 05/20/20 | UFC ED On Call Panel Agreement (redacted) (2) |
| 110 | | UFC Extension for ER with St. Chris 5.20.20 |
| 111 | | Section Chief Agreement (Redacted) |
| 112 | 03/09/21 | Email Young and Jokelson |
| 113 | 06/11/21 | Email Young and Jokelson |
| 114 | 07/21/21 | Email Young and Jokelson |
| 115 | 10/20/21 | Email from George Young re User IDs |
| 116 | | Teleradiology Solutions Policy 01.03 |
| 117 | | Arjun Kalyanpur, MD Curriculum Vitae |
| 118 | | Arjun Kalyanpur MD Schedule |
| 119 | | Teleradiology Solutions Services Agreement |
| 120 | | Teleradiology Solutions Audit Protocol |
| 121 | | Gardin Bates Stamped SCHC Records |
| 122 | 07/01/19 | Bartkus Call Schedule_Redacted |
| 123 | 07/22/21 | Robinson to Jokelson - update to plaintiffs' counsel |
| 124 | 12/01/21 | Samms Email enc Policies |
| 125 | 07/24/19 | Exam Record Access Report 5544216 |
| 126 | | CD ROM of Ultrasound |
| | | |
| **PLAINTIFF'S DOCUMENT PRODUCTIONS** | | |
| 127 | | St. Chris Records Obtained by Lasheeena Sipp-Lipscomb |

EXHIBIT A
PLAINTIFFS' AMENDED EXHIBIT LIST
Sipp-Lipscomb, et al. v. Einstein Physicians Pennypack Pediatrics, et al.
USDC for the Eastern District of Pennsylvania, Civil Action No. 20-cv-01926

| EX. No | DATE | DESCRIPTION |
|---|---|---|
| 128 |  | Patient Education and Discharge Summaries |
| 129 | 09/17/19 | Pre-Litigation correspondence w- St. Chris and its counsel Gary Samms |
| 130 |  | Voicemail of audio file |
| 131 |  | Voicemail transcription |
| 132 | 09/19/19 | Completed Records ANDRES M. GARDIN |
| 133 | 09/19/19 | CDR Andres Gardin |
| 134 | 08/31/20 | 2823227 Certification |
| 135 |  | UTC Information Sheet 05252018 |
| 136 |  | Interpreting Call Detail Records - 02252020 |
| 137 | 07/15/20 | 2823227 _8068564_2673108421_CDRT |
| 138 | 11/05/19 | DHS Statement of Claim - $2,967.73 |
| 139 | 04/14/20 | DHS Letter re Statement of Claim |
| 140 | 12/18/20 | Emailed Photographs from Lasheena |
| 141 | 07/14/19 | Police Incident Report |
|  |  |  |
| **ADDITIONAL DOCUMENTS** |  |  |
| 142 | 07/26/21 | Responses of St. Chris to Kalyampur's RPD |
| 143 | 06/26/21 | Errata Sheet of Eric Cho |
| 144 | 07/03/20 | Correspondence from Police Dept enclosing incident history detail and audio file |
| 145 | 07/24/19 | Police Radio Tape |
| 146 | 07/24/19 | B&R Dispatch Transcription of 911 Recording |
| 147 |  | A Systematic Review of Testicle Survival Time |
|  |  |  |
|  |  |  |
|  |  | Plaintiffs reserve the right to use all documents filed of record and all documents designated as Exhibits by any of the Defendants (without waiving objections to any of Defendants' documents). |

## CERTIFICATE OF SERVICE

I, DAVID E. JOKELSON, hereby certify that on November 1, 2022, a true and correct copy of Plaintiffs' Amended Exhibit List was served *via* the Court's ECF System upon the following:

Gary M. Samms, Esquire
Edvard Wilson, Esquire
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101

Joseph Zack, Esquire
Post & Post, LLC
200 Berwyn Park
920 Cassatt Road
Suite 102
Berwyn, PA 19312

John P. Shusted, Esquire
Nikki Mosco, Esquire
German Gallagher & Murtagh
The Bellevue, Suite 500
200 S. Broad Street
Philadelphia, PA 19102

Jacqueline M. Reynolds, Esquire
E. Chandler Hosmer, III, Esquire
Marshall Dennehey Coleman,
   Warner & Goggin
620 Freedom Business Center
Suite 300
King of Prussia, PA 19406

George L. Young, Esquire
Kiernan Trebach LLP
Ten Penn Center Plaza
Suite 770
1801 Market Street
Philadelphia, PA 19103

JOKELSON LAW GROUP, P.C.

By: s/David E. Jokelson
    DAVID E. JOKELSON, ESQUIRE
    230 S. Broad Street
    10th Floor
    Philadelphia, PA 19102
    (215) 735-7556

*Attorney for Plaintiffs*