IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LASHEENA SIPP-LIPSCOMB and ANDRES GARDIN, SR., Individually and in their own right as P/N/G of A.G., Jr., a minor<br><br>Plaintiff(s)<br><br>v.<br><br>EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS; ALBERT EINSTEIN HEALTHCARE NETWORK; ST. CHRISTOPHER'S HEALTHCARE. LLC; AMERICAN ACADEMIC HEALTH SYSTEM, LLC f/d/b/a ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN; PHILADELPHIA ACADEMIC HEALTH HOLDINGS, LLC; PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC; ERIN E. HASSEL, MD; PRAMATH NATH, MD; UROLOGY FOR CHILDREN, LLC; CHARLES W. CONCODORA, MD; HAYLEY BARTKUS; ERIC Y. CHO, MD; ARJUN KALYANPUR, MD and TELERADIOLOGY SOLUTIONS, P.C.<br><br>Defendant(s) | CIVIL ACTION<br>NO.: 20-cv-01926-MMB |

**TRIAL EXHIBITS LIST OF CO-DEFENDANTS,
ARJUN KALYANPUR, MD AND TELERADIOLOGY SOLUTIONS, PC**

**I.   EXHIBIT LIST**

1. Records of Teleradiology Solutions;

2. Records of Einstein Physicians Pennypack Pediatrics;

3. Records of St. Christopher's Hospital for Children;

4. Records of Albert Einstein Medical Center;

5. Records of Urology for Children;

6. Records of Tampa Pediatrics;

7. Records of St. Joseph's Hospital;

8. Records of St. Christopher's Hospital, Dept. of Audiology;

9. Records of Tri County Pediatrics;

10. Records of CHOP Pediatric Urology;

11. Records of Nazareth Hospital;

12. Records of Keystone First;

13. Records of Department of Human Services;

14. Deposition transcripts of Lasheena Sipp-Lipscomb, including exhibits;

15. Deposition transcript of Andres Gardin, Sr., including exhibits;

16. Deposition transcript of Arjun Kalyanpur, M.D., including exhibits;

17. Deposition transcript of Eric Y. Cho, M.D., including exhibits;

18. Deposition transcript of Hayley Bartkus, including exhibits;

19. Deposition transcript of Erin E. Hassel, M.D., including exhibits;

20. Deposition transcript of Pramath Nath, M.D., including exhibits;

21. Deposition transcripts of Erica Poletto, M.D., including exhibits;

22. Deposition transcript of Charles Concordora, M.D., including exhibits;

23. Deposition transcript of Pat Brown, including exhibits;

24. Deposition transcript of Allyson McDonnel, RN, including exhibits;

25. Deposition transcript of Frances Barlow, RN, including exhibits;

26. Deposition transcript of Patricia Madison, RN, including exhibits;

27. Expert report(s) and curriculum vitae of Scott B. Berger, M.D., including all items listed in Appendix A, "Material Reviewed";

28. Expert report(s) and curriculum vitae of Adam B. Hittelman, M.D., including all items listed at pages 1 and 2 of Dr. Hittelman's report;

29. Expert report(s) and CV of Richard L. Oken, M.D.;

30. Expert report(s) and CV of Ardavan Akhavan, M.D.;

31. Expert report(s) and CV of Daniel A. Rauch, M.D.;

32. Expert report(s) and CV of Pasquale Casale, M.D.;

33. Expert report(s) and CV of Richard I. Markowitz, M.D.;

34. Expert report(s) and CV of Pasquale Patrizio, M.D.;

35. Expert report(s) and CV of Adam R. Hecht, M.D.;

36. Expert report(s) and CV of Andrew Jared Kirsch, M.D.;

37. Expert report(s) and CV of Jonathan C. Routh, M.D.;

38. Expert report(s) and CV of John Wiener, M.D.;

39. Expert report(s) and CV of Matthew Eisenberg, M.D.;

40. Expert report(s) and CV of Steven Blumer, M.D.;

41. CV of Defendant Arjun Kalyanpur, M.D.;

42. Teleradiology Solutions Services Agreement (P-119);

43. Kalyanpur et al's Objections and Responses to Plaintiff's Request for Documents ("RFD");

44. Kalyanpur et al's Supplemental Responses to Plaintiff's RFD;

45. Kalyanpur et al's Supplemental Responses to Discovery Pursuant to Deposition;

46. Kalyanpur et al's Objections and Responses to Plaintiff's Interrogatories and RFD regarding Affirmative Defenses;

47. Kalyanpur et al's Responses to Plaintiff's Supplemental RFD;

48. Preliminary US Report with Addendum (P-12);

49. Consult Report (P-13);

50. QA report (P-24);

51. QA metadata (P-25);

52. Exam Record Access Report 5544003, 7/24/2019 (P-42);

53. Exam Record Access Report 5544004, 7/24/2019 (P-43);

54. Exam Record Access Report 5544216, 7/24/2019 (P-125);

55. RIS Photos (P-44);

56. Any and all radiology and diagnostic studies of Plaintiffs' Minor;

57. Any and all laboratory studies, tests and results pertaining to Plaintiffs' Minor;

58. Any literature, articles or publications relied upon by any expert(s) in formulating his/her opinions or preparing his/her expert reports;

59. St. Christopher's Hospital for Children policies and procedures, including but not limited to policies/procedures relating to emergency room care;

60. Medical literature, including but not limited to testicular torsion;

61. Any models, computer images, graphics, diagrams, animation or images;

62. Enlargement of any Exhibit(s);

63. Chronology or timeline of events;

64. Any Exhibit(s) listed in Plaintiffs' Trial Exhibits;

65. Any Exhibit(s) listed in Codefendants' Trial Exhibits; and

66. Defendant reserves the right to supplement this Exhibit List up to and through the time of trial.

            RESPECTFULLY SUBMITTED,
            KIERNAN TREBACH LLP

            _____
            GEORGE L. YOUNG, ESQUIRE
            Attorney ID No. 26221
            *Attorney for Defendants, Arjun Kalyanpur, MD and Teleradiology Solutions, P.C.*

Date: November 1, 2022

## CERTIFICATE OF SERVICE

I, George L. Young, Esquire, hereby certify that a true and correct copy of the foregoing Trial Exhibits List of Defendants, Arjun Kalyanpur, MD and Teleradiology Solutions, P.C. was forwarded via the Court's Electronic Filing System upon the following:

**COUNSEL FOR PLAINTIFF**
David E. Jokelson, Esquire
Derek E. Jokelson, Esquire
JOKELSON LAW GROUP, P.C.
230 S. Broad Street, 10th floor
Philadelphia, PA 19102

**COUNSEL FOR EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS AND ALBERT EINSTEIN HEALTHCARE NETWORK**
Joseph G. Zack, Esquire
POST & POST, LLC
920 Cassatt Road, Suite 102
Berwyn, PA 19312

**COUNSEL FOR ST. CHRISTOPHER'S HEALTHCARE, LLC; AMERICAN ACADEMIC HEALTH SYSTEM, LLC; PHILADELPHIA ACADEMIC HEALTH HOLDINGS, LLC; PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC; ERIN E. HASSEL, M.D.; PRAMATH NATH, M.D.; AND HAYLEY BARTKUS**
Gary M. Samms, Esquire
Katherine Robinson, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1500 Market Street
Center Square West – 34th Floor
Philadelphia, PA 19102

**COUNSEL FOR UROLOGY FOR CHILDREN, LLC AND CHARLES W. CONCODORA, M.D.**
John P. Shusted, Esquire
Nikki Mosco, Esquire
GERMAN GALLAGHER & MURTAGH, PC
200 South Broad Street, Suite 500
Philadelphia, PA 19102

**COUNSEL FOR ERIC Y. CHO, M.D.**
E. Chandler Hosmer, III, Esquire
Jacqueline M. Reynolds, Esquire
MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406

By: _____
GEORGE L. YOUNG, ESQUIRE

Date: November 1, 2022