# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LASHEENA SIPP-LIPSCOMB et al., : <br> : <br> **Plaintiffs,** : <br> vs. : <br> EINSTEIN PHYSICIANS PENNYPACK : <br> PEDIATRICS, et al. : <br> **Defendants,** : | No. 2:20-cv-01926 |

# ORDER

And Now this _____ day of _____, 2022, upon consideration of the St. Christopher's Defendants' Motion in Limine to preclude any reference to EMTALA, and any Response thereto, it is hereby Ordered and Decreed that said Motion is **GRANTED** and Plaintiffs and Co-defendants shall be precluded from making any such references or argument.

BY THE COURT:

_____
MICHAEL M. BAYLSON J.