IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **LASHEENA SIPP-LIPSCOMB et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| vs. | : | No.  2:20-cv-01926 |
| **EINSTEIN PHYSICIANS PENNYPACK** | : | |
| **PEDIATRICS, et al.** | : | |
| **Defendants,** | : | |

# ORDER

And Now this _____ day of _____, 2022, upon consideration of the St. Christopher's Defendants' Motion in Limine to Preclude any reference that ultrasound technician Ms. Bartkus was engaged in the unauthorized practice of medicine, and any Response thereto, it is hereby Ordered and Decreed that said Motion is **GRANTED** and the parties shall be precluded from making any such references or argument.

BY THE COURT:

_____
MICHAEL M. BAYLSON J.

4886-8309-6129-12/1/22