# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Lasheena Sipp-Lipscomb and Andres Gardin, Sr., Individually and in their own right and as Parents and Natural Guardians of A G, Jr., a Minor**<br>　　　　v.<br>**Einstein Physicians Pennypack Pediatrics,** *et al.* | Civil Action No. 2:20-cv-01926-MMB |

## PLAINTIFFS' PROPOSED INITIAL
## JURY VERDICT FORM

Plaintiffs propose the Jury Verdict Form attached hereto. Plaintiffs reserve the right to amend and/or supplement this proposal on the basis of the evidence admitted at trial and any rulings by the Court.

　　　　　　　　　　　　　　　　　　　　　　JOKELSON LAW GROUP, P.C.

Date:　January 13, 2023　　　　　　　By:　s/David E. Jokelson
　　　　　　　　　　　　　　　　　　　　　　DAVID E. JOKELSON, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　DEREK E. JOKELSON, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　230 S. Broad Street, 10th Floor
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　(215) 735-7556

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Lasheena Sipp-Lipscomb and Andres Gardin, Sr., Individually and in their own right and as Parents and Natural Guardians of A G, Jr., a Minor**<br>    v.<br>**Einstein Physicians Pennypack Pediatrics,** *et al.* | Civil Action No. 2:20-cv-01926-MMB |

JURY VERDICT FORM

### ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN

**Question 1**: Do you find that St. Christopher's Hospital for Children breached any of its duties owed to AG Jr.?

Yes _____     No _____

**Question 2**: If you answered Yes to Question 1, was St. Christopher's Hospital for Children's breach of its duties to AG Jr. a substantial factor in causing him harm?

Yes _____     No _____

### HAYLEY BARTKUS

**Question 3**: Do you find that Hayley Bartkus breached any of her duties owed to AG Jr.?

Yes _____     No _____

**Question 4**: If you answered Yes to Question 3, was Hayley Bartkus's breach of her duties to AG Jr. a substantial factor in causing him harm?

Yes _____     No _____

**PRAMATH NATH, M.D.**

**Question 5**: Do you find that Pramath Nath, M.D. breached any of his duties owed to AG Jr.?

Yes _____    No _____

**Question 6**: If you answered Yes to Question 5, was Pramath Nath, M.D.'s breach of his duties to AG Jr. a substantial factor in causing him harm?

Yes _____    No _____

**ERIN HASSEL, M.D.**

**Question 7**: Do you find that Erin Hassel, M.D. breached any of her duties owed to AG Jr.?

Yes _____    No _____

**Question 8**: If you answered Yes to Question 7, was Erin Hassel, M.D.'s breach of her duties to AG Jr. a substantial factor in causing him harm?

Yes _____    No _____

**ARJUN KALYANPUR, M.D.**

**Question 9**: Do you find that Arjun Kalyanpur, M.D. breached any of his duties owed to AG Jr.?

Yes _____    No _____

**Question 10**: If you answered Yes to Question 9, was Arjun Kalyanpur, M.D.'s breach of his duties to AG Jr. a substantial factor in causing him harm?

Yes _____    No _____

**EINSTEIN PENNYPACK PEDIATRICS**

**Question 11**: Do you find that Einstein Pennypack Pediatrics breached any of its duties owed to AG Jr.?

Yes _____          No _____

**Question 12**: If you answered Yes to Question 11, was Einstein Pennypack Pediatrics' breach of its duties to AG Jr. a substantial factor in causing him harm?

Yes _____          No _____

**CHARLES CONCODORA, M.D.**

**Question 13**: Do you find that Charles Concodora, M.D. breached any of his duties owed to AG Jr.?

Yes _____          No _____

**Question 14**: If you answered Yes to Question 13, was Charles Concodora. M.D.'s breach of his duties to AG Jr. a substantial factor in causing him harm?

Yes _____          No _____

**ERIC CHO, M.D.**

**Question 15**: Do you find that Eric Cho, M.D. breached any of his duties owed to AG Jr.?

Yes _____     No _____

**Question 16**: If you answered Yes to Question 15, was Eric Cho, M.D.'s breach of his duties to AG Jr. a substantial factor in causing him harm?

Yes _____     No _____

If you answered **YES** to any of Questions 2, 4, 6, 8, 10, 12, 14 or 16, then continue to the next page to calculate appropriate damages. If you did **NOT** answer Yes to any of Questions 2, 4, 6, 8, 10, 12, 14 or 16, then you have reached a verdict and you are to return to the courtroom.

**Question 17**: Please state the amount of damages incurred by AG Jr.:

$_____

**Question 18**: Please state the amount of damages incurred by Lasheena Sipp-Lipscomb:

$_____

**Question 19**: Please state the amount of damages incurred by Andres Gardin, Sr.:

$_____

**Question 20**: For each Defendant whose breach of duties you have found were a substantial factor in causing harm to AG Jr., you must determine whether that Defendant's conduct in connection with the care of AG Jr. was outrageous, meaning that the conduct was either malicious, wanton, willful, oppressive, and/or showed a reckless indifference to the interests of others. For each Defendant, please mark "Yes" if you find that the Defendants' conduct was outrageous. If not, please mark "No" for that Defendant.

A. St. Christopher's Hospital for Children      Yes _____   No _____

B. Hayley Bartkus      Yes _____   No _____

C. Pramath Nath, M.D.      Yes _____   No _____

D. Erin Hassel, M.D.      Yes _____   No _____

E. Arjun Kalyanpur, M.D.      Yes _____   No _____

D. Einstein Pennypack Pediatrics      Yes _____   No _____

E. Charles Concodora, M.D.      Yes _____   No _____

F. Eric Cho, M.D.      Yes _____   No _____

**Question 21**: For each of the Defendants for whom you had marked "Yes" in Question 20 above, please set forth the amount of punitive damages which you believe is sufficient to punish that Defendant and to deter similar acts by that Defendant. In determining the amount of punitive damages for each Defendant, you may consider factors such as 1) whether the Defendant caused physical harm, 2) whether the Defendant's conduct evidenced indifference or a reckless disregard for the health or safety of others, 3) whether the Defendant acted with malice or trickery, and 4) whether the target of this conduct had financial vulnerability.

  A. St. Christopher's Hospital for Children $_____

  B. Hayley Bartkus $_____

  C. Pramath Nath, M.D. $_____

  D. Erin Hassel, M.D. $_____

  E. Arjun Kalyanpur, M.D. $_____

  D. Einstein Pennypack Pediatrics $_____

  E. Charles Concodora, M.D. $_____

  F. Eric Cho, M.D. $_____

On Behalf of the Jury:

_____
BY THE JURY FOREPERSON

Please return to the Courtroom.

## CERTIFICATE OF SERVICE

I, DAVID E. JOKELSON, hereby certify that on January 13, 2023, a true and correct copy of *Plaintiffs' Proposed Initial Jury Verdict Form,* was served *via* the Court's ECF System upon the following:

Gary M. Samms, Esquire
Edvard Wilson, Esquire
Obermayer Rebmann Maxwell &
 Hippel, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101

John P. Shusted, Esquire
Nikki Mosco, Esquire
German Gallagher & Murtagh
The Bellevue, Suite 500
200 S. Broad Street
Philadelphia, PA 19102

Joseph Zack, Esquire
Post & Post, LLC
200 Berwyn Park
920 Cassatt Road
Suite 102
Berwyn, PA 19312

Jacqueline M. Reynolds, Esquire
E. Chandler Hosmer, III, Esquire
Marshall Dennehey Coleman,
 Warner & Goggin
620 Freedom Business Center
Suite 300
King of Prussia, PA 19406

JOKELSON LAW GROUP, P.C.

By: s/David E. Jokelson
DAVID E. JOKELSON, ESQUIRE
230 S. Broad Street
10th Floor
Philadelphia, PA 19102
(215) 735-7556

*Attorney for Plaintiffs*