# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LASHEENA SIPP-LIPSCOMB AND ANDRES GARDIN, SR., INDIVIDUALLY AND IN THEIR OWN RIGHT AND AS PARENTS AND NATURAL GUARDIANS OF A.G., JR., A MINOR<br><br>vs.<br><br>EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS, et al. | Civil Action No. 2:20-cv-01926-MMB |

## ARJUN KALYANPUR, MD AND TELERADIOLOGY SOLUTIONS, P.C.'S PROPOSED JURY VERDICT FORM

Defendants Arjun Kalyanpur, MD and Teleradiology Solutions, P.C., by and through their attorneys, Kiernan Trebach LLP, propose the enclosed Jury Verdict Form. Defendants reserve the right to amend or supplement this Proposed Verdict Form based on evidence admitted, and rulings made by the Court, at the time of trial.

RESPECTFULLY SUBMITTED,
KIERNAN TREBACH LLP

_____
 GEORGE L. YOUNG, ESQUIRE
 Attorney ID No. 26221
 *Attorney for Defendants, Arjun Kalyanpur, MD and Teleradiology Solutions, P.C.*

Date: January 13, 2023

**QUESTION 1**

Do you find the Defendants were negligent in the care and treatment provided to Minor Plaintiff?

| Defendant | | |
|---|---|---|
| Pennypack Pediatrics | Yes | No |
| St. Christopher's Hospital for Children. | Yes | No |
| Hayley Bartkus . | Yes | No |
| Erin E. Hassel, M.D. | Yes | No |
| Pramath Nath, M.D. | Yes | No |
| Urology for Children | Yes | No |
| Charles Concodora, M.D. | Yes | No |
| Eric Cho, M.D. | Yes | No |
| Arjun Kalyanpur, M.D. | Yes | No |

*For all Defendants for whom your answer to Question 1 was "Yes", proceed to Question 2. If you answered "No" as to all Defendants in Question 1, please return to the courtroom.*

**QUESTION 2**

Was the negligence of Defendants a factual cause of harm to Minor Plaintiff?

| Defendant | | |
|---|---|---|
| Pennypack Pediatrics | Yes | No |
| St. Christopher's Hospital for Children. | Yes | No |
| Hayley Bartkus . | Yes | No |
| Erin E. Hassel, M.D. | Yes | No |
| Pramath Nath, M.D. | Yes | No |
| Urology for Children | Yes | No |
| Charles Concodora, M.D. | Yes | No |
| Eric Cho, M.D. | Yes | No |
| Arjun Kalyanpur, M.D. | Yes | No |

*If you answered Question 2 "Yes" for two or more Defendants, then proceed to Question 3. If you answered Question 2 "Yes" for only one Defendant, then proceed to Question 4. If you answered Question 2 "No" for all defendants, please return to the courtroom.*

## QUESTION 3

If your answers to Questions 1 and 2 are "Yes" with regard to more than one of the Defendants, state next to each of those Defendants for whom you answered "Yes" the percentage of causal negligence you attribute to that Defendant. The total must equal 100%.

| Defendant | Percentage |
|---|---|
| Pennypack Pediatrics | _____ % |
| St. Christopher's Hospital for Children | _____ % |
| Hayley Bartkus | _____ % |
| Erin E. Hassel, M.D. | _____ % |
| Pramath Nath, M.D. | _____ % |
| Urology for Children | _____ % |
| Charles Concodora, M.D. | _____ % |
| Eric Cho, M.D. | _____ % |
| Arjun Kalyanpur, M.D. | _____ % |

*Proceed to Question 4.*

## QUESTION 4

State the total amount of damages, if any, sustained by Plaintiff(s):

$_____

_____
Jury Foreperson


Date:

## CERTIFICATE OF SERVICE

    I, George L. Young, Esquire, hereby certify that a true and correct copy of Defendants, Arjun Kalyanpur, MD and Teleradiology Solutions, P.C.'s Proposed Jury Verdict Form was served upon all counsel of record via electronic filing on January 13, 2023.

By: _____
        GEORGE L. YOUNG, ESQUIRE

Date: January 13, 2023