IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LASHEENA SIPP-LIPSCOMB AND ANDRES GARDIN, SR., Individually and in their own right and as Parents and Natural Guardians of ANDRES GARDIN, JR., a minor** : : : : : | : CIVIL ACTION NO. 20-cv--01926 |
| V. | : : |
| **EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS, et al** | : : : |

**PROPOSED POINTS FOR CHARGE OF DEFENDANTS,
<u>CHARLES W. CONCODORA, M.D. AND UROLOGY FOR CHILDREN</u>**

In addition to the instructions required by law or deemed appropriate by this Honorable Court, Defendants, Charles W. Concodora, M.D. and Urology for Children, respectfully request that this Honorable Court instruct the jury with the following charges:

**PENNSYLVANIA SUGGESTED STANDARD JURY INSTRUCTIONS:**

   SSJI 2.10 – Deposition Testimony

   SSJI 2.5 – Stipulations of Fact

   SSJI 3.00 – Deposition Testimony and Videotape Testimony

   SSJI 3.10 – Evidentiary Admissions--Answers to Interrogatories

   SSJI 3.20 – Admissions of Fact (Pleadings, Responses to Requests for Admissions,
         Interrogatories, Stipulations of Facts)

   SSJI 4.00 – Direct and Circumstantial Evidence

   SSJI 4.20 – Believability of Witnesses Generally

   SSJI 4.30 – Conflicting Testimony

   SSJI 4.40 – Intentionally False Testimony

   SSJI 4.50 – Impeachment or Corroboration of Witness by Prior Inconsistent or Consistent
         Statement

   SSJI 4.80 – Expert Testimony

2266388.1

SSJI 4.90 – Expert Testimony: Hypothetical Question

SSJI 4.100 – Weighing Conflicting Expert Testimony

SSJI 4.120 – Expert Opinion – Basis for Opinion Generally

SSJI 5.00 – Burden of Proof and preponderance of Evidence

SSJI 5.20 – Number of Witnesses and Number of Exhibits

SSJI 7.90 – Other Contributing Factors

SSJI 12.00 – Concluding Instructions Generally

SSJI 13.00 – Issues in the Case

SSJI 13.10 – Negligence

SSJI 13.180 – Plaintiff's Comparative Negligence

SSJI 13.20 – Factual Cause

SSJI 14.00 – Medical Professional Negligence - Introduction

SSJI 14.10 – Medical Malpractice – Standard of Care

SSJI 14.20 – Medical Malpractice – Factual Cause

SSJI 14.30 – Medical Malpractice – Burden of Proof

SSJI 14.50 – Differing Schools of Thought Doctrine

SSJI 14.120 – Irrelevant Considerations

SSJI 14.130 – Comparative Negligence in Medical Malpractice Cases

SSJI 14.140 – Damages Generally

SSJI 14.150 – Medical Malpractice – Damages

Defendants, Charles W. Concodora, M.D. and Urology for Children, reserve the right to supplement this proposed Points for Charge up to and during the time of trial.

                                              GERMAN, GALLAGHER & MURTAGH

Date: January 16, 2023            BY:   /s/ John P. Shusted
                                                  John P. Shusted
                                                  I.D. #44675 shustedj@ggmfirm.com
                                                  Nikki A. Mosco
                                                  I.D. #320709 moscon@ggmfirm.com
                                                  The Bellevue, Suite 500
                                                  200 S. Broad Street
                                                  Philadelphia, PA  19102
                                                  Shusted Direct: 215-875-4037
                                                  Main:  215-545-7700
                                                  F:  215-732-4182

                                                  Attorney for Defendants,
                                                  Charles W. Concodora, M.D. and
                                                  Urology for Children

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>January 16, 2023</u>, a true and correct copy of Defendants, Charles W. Concodora, M.D. and Urology for Children's, Proposed Points for Charge was filed with the Court and served upon counsel of record via the Court's ECF System.

                    GERMAN, GALLAGHER & MURTAGH

BY:   /s/ John P. Shusted
        John P. Shusted
        I.D. #44675 shustedj@ggmfirm.com
        Nikki A. Mosco
        I.D. #320709 moscon@ggmfirm.com
        The Bellevue, Suite 500
        200 S. Broad Street
        Philadelphia, PA  19102
        Shusted Direct: 215-875-4037
        Main:  215-545-7700
        F:  215-732-4182

        Attorney for Defendants,
        Charles W. Concodora, M.D. and
        Urology for Children

2266388.1