IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LASHEENA SIPP-LIPSCOMB AND ANDRES GARDIN, SR. Individually and in their own right and as Parents and Natural Guardians of ANDRES GARDIN, JR., a Minor<br><br>Plaintiffs<br><br>vs.<br><br>EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS, et al<br><br>Defendants | CIVIL NO. 2:20-cv-01926<br><br>(JUDGE BAYLSON)<br><br>(ELECTRONICALLY FILED) |

**PROPOSED JURY VERDICT SHEET OF DEFENDANTS, EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS AND ALBERT EINSTEIN HEALTHCARE NETWORK**

Defendants, Einstein Physicians Pennypack Pediatrics and Albert Einstein Healthcare Network hereby submit the attached proposed Jury Verdict Sheet. Defendants reserve the right to supplement the Verdict Sheet, depending upon the evidence presented at trial and any rulings by the Court.

POST & POST LLC

BY: _____
JOSEPH G. ZACK, ESQUIRE
Attorney for Defendants,
Einstein Physicians Pennypack
Pediatrics and Albert Einstein
Healthcare Network
PA I.D. # 53053
200 Berwyn Park, Ste. 102
920 Cassatt Road
Berwyn, PA  19312
Phone 610-240-9180
Fax 610-240-9185
jzack@postandpost.com

Date:  January 16, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LASHEENA SIPP-LIPSCOMB AND ANDRES GARDIN, SR. Individually and in their own right and as Parents and Natural Guardians of ANDRES GARDIN, JR., a Minor | : : : : : | CIVIL NO. 2:20-cv-01926 |
| Plaintiffs | : : | (JUDGE BAYLSON) |
| vs. | : : | |
| EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS, et al | : : : | (ELECTRONICALLY FILED) |
| Defendants | : | |

## JURY VERDICT SHEET

1. Do you find that the conduct of any of the Defendants fell below the applicable standard of medical care? In other words, were any of the Defendants negligent?

   Arjun Kalyanpur, M.D.                    Yes____      No____

   St. Christopher's Hospital for Children   Yes____      No____

   Hayley Bartkus                            Yes____      No____

   Erin Hassel, M.D.                         Yes____      No____

   Pramath Nath, M.D.                        Yes____      No____

   Charles Concodora, M.D.                   Yes____      No____

   Eric Cho, M.D.                            Yes____      No____

   Pennypack Pediatrics                      Yes____      No____

   *If you answered Question 1 "Yes" for one or more of the Defendants, please answer Question 2 only for the Defendants that you answered "Yes" for. If you answered Question 1 "No" as to all Defendants, you should not answer any further questions and should return to the courtroom.*

2. Was the negligence of those Defendants you have found to be negligent a factual cause of any harm to AG, Jr.?

   Arjun Kalyanpur, M.D.                    Yes____      No____

   St. Christopher's Hospital for Children   Yes____      No____

| | | |
|---|---|---|
| Hayley Bartkus | Yes____ | No____ |
| Erin Hassel, M.D. | Yes____ | No____ |
| Pramath Nath, M.D. | Yes____ | No____ |
| Charles Concodora, M.D. | Yes____ | No____ |
| Eric Cho, M.D. | Yes____ | No____ |
| Pennypack Pediatrics | Yes____ | No____ |

*If you answered Question 2 "No" as to all Defendants you have found to be negligent, you should not answer any further questions and should return to the court room. If you answered "Yes," for both Question 1 and Question 2 for one or more of the Defendants, please go to Question 3.*

3. Taking the combined negligence that was a factual cause of any harm to Ag, Jr. as 100 percent, what percentage of that causal negligence was attributable to each of the parties you have found to be causally negligent?

   Percentage of causal negligence attributable to Arjun Kalyanpur, M.D. (*Answer only if you have answered "Yes" to Questions 1 and 2 for Defendant, Arjun Kalyanpur, M.D.*)

   _____%

   Percentage of causal negligence attributable to St. Christopher's Hospital for Children (*Answer only if you have answered "Yes" to Questions 1 and 2 for Defendant, St. Christopher's Hospital for Children*)

   _____%

   Percentage of causal negligence attributable to Hayley Bartkus (*Answer only if you have answered "Yes" to Questions 1 and 2 for Defendant, Hayley Bartkus*)

   _____%

   Percentage of causal negligence attributable to Erin Hassel, M.D. (*Answer only if you have answered "Yes" to Questions 1 and 2 for Defendant, Erin Hassel, M.D.*)

   _____%

   Percentage of causal negligence attributable to Pramath Nath, M.D. (*Answer only if you have answered "Yes" to Questions 1 and 2 for Defendant, Pramath Nath, M.D.*)

   _____%

   Percentage of causal negligence attributable to Charles Concodora, M.D. (*Answer only if you have answered "Yes" to Questions 1 and 2 for Defendant, Charles Concodora, M.D.*)

   _____%

2

Percentage of causal negligence attributable to Eric Cho, M.D. (*Answer only if you have answered "Yes" to Questions 1 and 2 for Defendant, Eric Cho, M.D.*)

_____%

Percentage of causal negligence attributable to Pennypack Pediatrics (*Answer only if you have answered "Yes" to Questions 1 and 2 for Defendant, Pennypack Pediatrics*)

_____%

**Total  100%**

**Proceed to Question 4.**

4. State the amount of damages, if any, sustained by the Plaintiffs.

$ _____

Date: _____                    _____
                                                                    FOREPERSON

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LASHEENA SIPP-LIPSCOMB AND ANDRES GARDIN, SR. Individually and in their own right and as Parents and Natural Guardians of ANDRES GARDIN, JR., a Minor | : : : : : | CIVIL NO. 2:20-cv-01926 |
| Plaintiffs | : | (JUDGE BAYLSON) |
| vs. | : : | |
| EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS, et al | : : | (ELECTRONICALLY FILED) |
| Defendants | : : | |

## CERTIFICATE OF SERVICE

I, Joseph G. Zack, Esquire, hereby certify that on this 16th day of January, 2023, I caused a true and correct copy of Defendants' Proposed Jury Verdict Sheet to be electronically filed with the Court and available to the following:

David E. Jokelson, Esquire
Derek E. Jokelson, Esquire
Jokelson Law Group, P.C.
230 S. Broad Street, 10th floor
Philadelphia, PA 19102

John Shusted, Esquire
German, Gallagher & Murtagh
The Bellevue, Suite 500
200 S. Broad Street
Philadelphia, PA 19102

Gary M. Samms, Esquire
Obermayer Rebmann
Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101

George L. Young, Esquire
Kiernan Trebach
Ten Penn Center Plaza, Ste. 770
1801 Market Street
Philadelphia, PA 19102

E. Chandler Hosmer, III, Esquire
Jacqueline M. Reynolds, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
620 Freedom Business Center, Suite 300
King of Prussia, PA 19046

4

POST & POST LLC

BY: _____
JOSEPH G. ZACK, ESQUIRE
Attorney for Defendants,
Einstein Physicians Pennypack
Pediatrics and Albert Einstein
Healthcare Network
PA I.D. # 53053
200 Berwyn Park, Ste. 102
920 Cassatt Road
Berwyn, PA  19312
Phone 610-240-9180
Fax 610-240-9185