IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LASHEENA SIPP-LIPSCOMB AND ANDRES GARDIN, SR. Individually and in their own right and as Parents and Natural Guardians of ANDRES GARDIN, JR., a Minor | : : : : : | CIVIL NO. 2:20-cv-01926 |
| Plaintiffs | : : | (JUDGE BAYLSON) |
| vs. | : : : | |
| EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS, et al | : : : | (ELECTRONICALLY FILED) |
| Defendants | : | |

**PROPOSED POINTS FOR CHARGE OF DEFENDANTS,
EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS AND
<u>ALBERT EINSTEIN HEALTHCARE NETWORK</u>**

Defendants, Einstein Physicians Pennypack Pediatrics and Albert Einstein Healthcare Network hereby submit the following proposed Points for Charge from the Pennsylvania Suggested Standard Civil Jury Instructions (5th Ed.):

| | |
|---|---|
| **Pa. SSJI (Civ) 1.10** | Welcome, Duty to Serve as Jurors, and Explanation of the Nature of the Case |
| **Pa. SSJI (Civ) 1.30** | Introduction of the Parties, Lawyer, and Potential Witnesses |
| **Pa. SSJI (Civ) 1.140** | Bias |
| **Pa. SSJI (Civ) 1.150** | Role of Judge and Jury |
| **Pa. SSJI (Civ) 1.160** | Bench Conferences and Recesses |
| **Pa. SSJI (Civ) 1.170** | Outline of Trial |
| **Pa. SSJI (Civ) 1.180** | Rules Governing Juror Conduct During Trial |
| **Pa. SSJI (Civ) 1.190** | Evidence – Definition |
| **Pa. SSJI (Civ) 1.200** | Ruling on Evidentiary Objections |
| **Pa. SSJI (Civ) 1.260** | Note-Taking by Jurors (if permitted) |

| Pa. SSJI (Civ) 2.10 | Deposition Testimony |
|---|---|
| Pa. SSJI (Civ) 3.00 | Deposition Testimony and Videotaped Testimony |
| Pa. SSJI (Civ) 4.00 | Direct and Circumstantial Evidence |
| Pa. SSJI (Civ) 4.20 | Believability of Witnesses Generally |
| Pa. SSJI (Civ) 4.30 | Conflicting Testimony |
| Pa. SSJI (Civ) 4.50 | Impeachment or Corroboration of Witnesses by Prior Inconsistent or Consistent Statement |
| Pa. SSJI (Civ) 4.80 | Expert Testimony |
| Pa. SSJI (Civ) 4.90 | Expert Testimony – Hypothetical Question |
| Pa. SSJI (Civ) 4.100 | Weighing Conflicting Expert Testimony |
| Pa. SSJI (Civ) 4.120 | Expert Opinion – Basis for Opinion Generally |
| Pa. SSJI (Civ) 5.00 | Burden of Proof and Preponderance of Evidence |
| Pa. SSJI (Civ) 5.20 | Number of Witnesses and Number of Exhibits |
| Pa. SSJI (Civ) 7.80 | Apportionment of Damages (Two or More Defendants) |
| Pa. SSJI (Civ) 7.100 | Mitigation of Damages |
| Pa. SSJI (Civ) 14.10 | Medical Malpractice – Standard of Care |
| Pa. SSJI (Civ) 14.20(A) | Medical Malpractice – Factual Cause (Causation) |
| Pa. SSJI (Civ) 14.30 | Medical Malpractice – Burden of Proof |
| Pa. SSJI (Civ) 14.130 | Comparative Negligence in Medical Malpractice Cases |
| Pa. SSJI (Civ) 14.150 | Medical Malpractice – Damages |
| Pa. SSJI (Civ) 14.190 | General Instructions to Jury on Concluding the Verdict |

Defendants reserve the right to submit supplemental Points for Charge, depending upon the evidence presented at trial.

POST & POST LLC

BY: _____
JOSEPH Q. ZACK, ESQUIRE
Attorney for Defendants,
Einstein Physicians Pennypack
Pediatrics and Albert Einstein
Healthcare Network
PA I.D. # 53053
200 Berwyn Park, Ste. 102
920 Cassatt Road
Berwyn, PA 19312
Phone 610-240-9180
Fax 610-240-9185
jzack@postandpost.com

Date: January 16, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LASHEENA SIPP-LIPSCOMB AND ANDRES GARDIN, SR. Individually and in their own right and as Parents and Natural Guardians of ANDRES GARDIN, JR., a Minor<br>　　　　　　Plaintiffs<br>　　　vs.<br><br>EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS, et al<br><br>　　　　　　Defendants | CIVIL NO. 2:20-cv-01926<br><br><br><br><br>(JUDGE BAYLSON)<br><br><br>(ELECTRONICALLY FILED) |

## CERTIFICATE OF SERVICE

I, Joseph G. Zack, Esquire, hereby certify that on this 16th day of January, 2023, I caused a true and correct copy of Defendants' Proposed Points for Charge to be electronically filed with the Court and available to the following:

David E. Jokelson, Esquire
Derek E. Jokelson, Esquire
Jokelson Law Group, P.C.
230 S. Broad Street, 10th floor
Philadelphia, PA 19102

John Shusted, Esquire
German, Gallagher & Murtagh
The Bellevue, Suite 500
200 S. Broad Street
Philadelphia, PA  19102

Gary M. Samms, Esquire
Obermayer Rebmann
Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101

George L. Young, Esquire
Kiernan Trebach
Ten Penn Center Plaza, Ste. 770
1801 Market Street
Philadelphia, PA 19102

E. Chandler Hosmer, III, Esquire
Jacqueline M. Reynolds, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
620 Freedom Business Center, Suite 300
King of Prussia, PA  19046

POST & POST LLC

BY: _____
JOSEPH G. ZACK, ESQUIRE
Attorney for Defendants,
Einstein Physicians Pennypack
Pediatrics and Albert Einstein
Healthcare Network
PA I.D. # 53053
200 Berwyn Park, Ste. 102
920 Cassatt Road
Berwyn, PA 19312
Phone 610-240-9180
Fax 610-240-9185

2