IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION

| | | |
|---|---|---|
| LASHEENA SIPP-LIPSCOMB and ANDRES GARDIN, SR., Individually and in their own right and as Parents and Natural Guardians of A G, JR., a Minor | : : : : : | |
| V. | : : | NO. 2:20-cv-01926 |
| EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS and ALBERT EINSTEIN HEALTHCARE NETWORK and AGENT DOE and ST. CHRISTOPHER'S HEALTHCARE, LLC f/k/a and/or f/d/b/a St. Christopher's Hospital for Children and AMERICAN ACADEMIC HEALTH SYSTEM, LLC f/k/a and/or f/d/b/a St. Christopher's Hospital for Children and PHILADELPHIA ACADEMIC HEALTH HOLDINGS, LLC f/k/a and/or f/d/b/a St. Christopher's Hospital for Children and PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC f/k/a and/or f/d/b/a St. Christopher's Hospital for Children and HAYLEY BARTKUS a/k/a HAYLEY BARKUS and ERIN E. HASSEL, M.D. and PRAMATH NATH, M.D. and UROLOGY FOR CHILDREN, LLC and CHARLES W. CONCODORA, M.D. and and ERIC Y. CHO, M.D. and ARJUN KALYANPUR, M.D. and TELERADIOLOGY SOLUTIONS, P.C. | : : : : : : : : : : : : : : : : : : : : : : : | **JURY TRIAL DEMANDED BY ERIC Y. CHO, M.D.** |

**PROPOSED VERDICT SHEET OF DEFENDANT, ERIC Y. CHO, M.D.**

  Defendant, Eric Y. Cho, M.D., by and through his attorneys, Marshall Dennehey Warner Coleman & Goggin, hereby submit the following proposed verdict sheet.

**QUESTION 1**

Did the conduct of any of the following Defendant(s) fall below the applicable standard of care in their treatment of the Minor?

| | | | |
|---|---|---|---|
| a) | Einstein Physicians Pennypack Pediatrics | _____ Yes | _____ No |
| b) | St. Christopher's Hospital for Children | _____ Yes | _____ No. |
| c) | Hayley Bartkus | _____ Yes | _____ No |
| d) | Erin E. Hassel, M.D. | _____ Yes | _____ No |
| e) | Pramath Nath, M.D. | _____ Yes | _____ No |
| f) | Charles W. Concordora, M.D. | _____ Yes | _____ No |
| g) | Eric Y. Cho, M.D. | _____ Yes | _____ No |
| h) | Arjun Kalyanpur, M.D. | _____ Yes | _____ No |

If your answer to Question No. 1 is "No" as to all Defendants, Plaintiffs cannot recover and you should return to the courtroom. If you answered "Yes" as to one or more of the Defendants, proceed to Question No. 2.

**QUESTION 2**

Was the conduct of the Defendant(s) a substantial factor in causing the Minor's injuries? Answer as to only those Defendants to which you answered yes in question 1.

| | | | |
|---|---|---|---|
| a) | Einstein Physicians Pennypack Pediatrics | _____ Yes | _____ No |
| b) | St. Christopher's Hospital for Children | _____ Yes | _____ No. |
| c) | Hayley Bartkus | _____ Yes | _____ No |
| d) | Erin E. Hassel, M.D. | _____ Yes | _____ No |
| e) | Pramath Nath, M.D. | _____ Yes | _____ No |
| f) | Charles W. Concordora, M.D. | _____ Yes | _____ No |

    g)    Eric Y. Cho, M.D.    _____ Yes    _____ No

    h)    Arjun Kalyanpur, M.D.    _____ Yes    _____ No

If your answer to Question No. 2 is "No" as to all Defendants, Plaintiffs cannot recover and you should return to the courtroom. If you answered "Yes" as to any Defendant in Question No. 2, proceed to Question No. 3.

**QUESTION 3**

Were the Plaintiffs comparatively negligent?

    \_\_\_\_\_ Yes    _____ No

If yes, go to Question No. 4. If you answered no to question 3, go to question 5.

**QUESTION 4**

Was the Plaintiffs' comparative negligence a substantial factor in causing the Minor's injuries?

    _____ Yes _____No

Proceed to Question No. 5.

**QUESTION 5**

Taking the combined negligence that was a substantial factor in causing harm to the Plaintiffs as 100% what percentage of that negligence do you attribute to each party for whom you responded "Yes" in Question 3:

    a)    Einstein Physicians Pennypack Pediatrics    _____ Yes    _____ No

    b)    St. Christopher's Hospital for Children    _____ Yes    _____ No.

    c)    Hayley Bartkus    _____ Yes    _____ No

    d)    Erin E. Hassel, M.D.    _____ Yes    _____ No

    e)    Pramath Nath, M.D.    _____ Yes    _____ No

    f)    Charles W. Concordora, M.D.    _____ Yes    _____ No

    g)    Eric Y. Cho, M.D.    _____ Yes    _____ No

    h)    Arjun Kalyanpur, M.D.    _____ Yes    _____ No

Answer as to the Plaintiffs only if you answered "Yes" to Question No. 4

    h)    Plaintiffs    _____%

Total    \_\_\_\_\_100\_%

Proceed to Question No. 7.

## **QUESTION 6**

Do you find that the following Defendants were acting as agents of St. Christopher's Hospital for Children?

    a)  Hayley Bartkus    _____ Yes    _____ No

    b)  Erin E. Hassel, M.D.    _____ Yes    _____ No

    c)  Pramath Nath, M.D.    _____ Yes    _____ No

    d)  Charles W. Concordora, M.D.    _____ Yes    _____ No

    e)  Eric Y. Cho, M.D.    _____ Yes    _____ No

    f)  Arjun Kalyanpur, M.D.    _____ Yes    _____ No

## **QUESTION 7**

Do you find that Defendant, Charles W. Concordora, M.D., was acting as the agent of Urology for Children, LLC?

    _____ Yes    _____ No

## **QUESTION 9**

Do you find that Defendant, Arjun Kalyanpur, M.D., was acting as the agent of Teleradiology Solutions, P.C.?

    _____ Yes    _____ No

State the amount of damages compensable to Plaintiffs:    $ _____

YOU SHOULD SIGN THE VERDICT SHEET AND RETURN TO THE COURTROOM

Date: _____            _____
                                                    JURY FOREPERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION

| | | |
|---|---|---|
| LASHEENA SIPP-LIPSCOMB and ANDRES GARDIN, SR., Individually and in their own right and as Parents and Natural Guardians of A G, JR., a Minor | : : : : : | |
| V. | : : | NO. 2:20-cv-01926 |
| EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS and ALBERT EINSTEIN HEALTHCARE NETWORK and AGENT DOE and ST. CHRISTOPHER'S HEALTHCARE, LLC f/k/a and/or f/d/b/a St. Christopher's Hospital for Children and AMERICAN ACADEMIC HEALTH SYSTEM, LLC f/k/a and/or f/d/b/a St. Christopher's Hospital for Children and PHILADELPHIA ACADEMIC HEALTH HOLDINGS, LLC f/k/a and/or f/d/b/a St. Christopher's Hospital for Children and PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC f/k/a and/or f/d/b/a St. Christopher's Hospital for Children and HAYLEY BARTKUS a/k/a HAYLEY BARKUS and ERIN E. HASSEL, M.D. and PRAMATH NATH, M.D. and UROLOGY FOR CHILDREN, LLC and CHARLES W. CONCODORA, M.D. and and ERIC Y. CHO, M.D. and ARJUN KALYANPUR, M.D. and TELERADIOLOGY SOLUTIONS, P.C. | : : : : : : : : : : : : : : : : : : : : : : : : : | **JURY TRIAL DEMANDED BY ERIC Y. CHO, M.D.** |

## CERTIFICATE OF SERVICE

I, Jacqueline M. Reynolds, Esquire, do hereby certify that a true and correct copy of the

**Proposed Verdict Sheet of Defendant, Eric Y. Cho, M.D.,** was electronically filed with the

Court on the date listed below and is available for viewing and downloading from the ECF System.

                              MARSHALL DENNEHEY WARNER
                              COLEMAN AND GOGGIN

                          BY: *Jacqueline M. Reynolds*
                              E. CHANDLER HOSMER, III, ESQUIRE
                              JACQUELINE M. REYNOLDS, ESQUIRE
                              Attorney ID No.:   28499 / 79769
                              Attorneys for Defendant, Eric Y. Cho, M.D.
                              620 Freedom Business Center, Suite 300
                              King of Prussia, Pa  19406
                              Phone:  (610) 354-8250 / Fax:  (610) 354-8299
                              Email:echosmer@mdwcg.com/jmreynolds@mdwcg.com

Date:  January 17, 2023

LEGAL/150890658.v1