IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LASHEENA SIPP-LIPSCOMB et al., | CIVIL ACTION |
|---|---|
| v. | NO. 20-1926 |
| EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS et al., | DATE OF NOTICE: February 1, 2023 |

### NOTICE OF JURY SELECTION & TRIAL

Please be advised that **JURY SELECTION** will take place on **THURSDAY FEBRUARY 23, 2023 AT 9:30 A.M**. in **COURTROOM 3A**, and **TRIAL** will be held on **MONDAY, FEBRUARY 27, 2023 AT 9:00 A.M.** in **COURTROOM 3A** before the Honorable Michael M. Baylson, U.S. Courthouse, 601 Market Street, Philadelphia.

/s/ Amanda Frazier
_____
Amanda Frazier
Deputy Clerk to Judge Baylson
267-299-7520