# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LASHEENA SIPP-LIPSCOMB,** *et al.* | **CIVIL ACTION** |
| v. | NO. 20-1926 |
| **EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS,** *et al.* | DATE OF NOTICE: February 2, 2023 |

## NOTICE

Please be advised that a **FINAL PRETRIAL CONFERENCE** will be held by telephone on **TUESDAY, FEBRUARY 21, 2023 AT 11:00 A.M.** with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

/s/ Amanda Frazier

_____

Amanda Frazier
Deputy Clerk to Judge Baylson
267-299-7520