# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LASHEENA SIPP-LIPSCOMB**, *et al.* | **CIVIL ACTION** |
| v. | NO. 20-1926 |
| **EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS**, *et al.* | DATE OF NOTICE: February 13, 2023 |

## AMENDED NOTICE (TIME CHANGE)

Please be advised that the **FINAL PRETRIAL TELEPHONE CONFERENCE** will be **RESCHEDULED** to **TUESDAY, FEBRUARY 21, 2023 AT 11:45 A.M.** with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

/s/ Amanda Frazier

Amanda Frazier
Deputy Clerk to Judge Baylson
267-299-7520