**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LASHEENA SIPP-LIPSCOMB,** *et al.* | **CIVIL ACTION** |
| **v.** | **NO. 20-1926** |
| **EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS,** *et al.* | **DATE OF NOTICE: February 21, 2023** |

## NOTICE OF CANCELLATION

Please be advised that the **FINAL PRETRIAL TELEPHONE CONFERENCE** set for

**TUESDAY, FEBRUARY 21, 2023 AT 11:45 A.M.** with the Honorable Michael M. Baylson is

**CANCELLED**.

/s/ Amanda Frazier

_____
Amanda Frazier
Deputy Clerk to Judge Baylson
267-299-7520