IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Lasheena Sipp-Lipscomb and Andres Gardin, Sr., Individually and in their own right and as Parents and Natural Guardians of A G, Jr., a Minor**<br>　　　v.<br>**Einstein Physicians Pennypack Pediatrics,** *et al.* | **Civil Action No. 2:20-cv-01926-MMB** |

**ORDER**

AND NOW, this ____ day of _____, 2023, upon consideration of Plaintiffs' Motion for Leave to File Under Seal and *Ex Parte*, it is hereto **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** and **DECREED** that:

1. Plaintiffs may file under seal Plaintiffs' Uncontested Motion to Approve Settlement of Minor's Action with the Einstein Defendants, the SCHC Defendants and the Teleradiology Defendants. A copy of this Motion shall only be served upon the following Defendants: a) the Einstein Defendants, b) the SCHC Defendants, and c) the Teleradiology Defendants.

2. Plaintiffs may file under seal Plaintiffs' Uncontested Motion to Approve Minor's Compromise with Defendants Charles W. Concodora, M.D. and Urology for Children, LLC. A copy of this Motion shall only be served upon Defendants Charles W. Concodora, M.D. and Urology for Children, LLC.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**MICHAEL M. BAYLSON**
　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Lasheena Sipp-Lipscomb and Andres Gardin, Sr., Individually and in their own right and as Parents and Natural Guardians of A G, Jr., a Minor**<br>　　　v.<br>**Einstein Physicians Pennypack Pediatrics,** *et al.* | Civil Action No. 2:20-cv-01926-MMB |

**PLAINTIFFS' MOTION FOR LEAVE TO
FILE UNDER SEAL AND *EX PARTE***

On February 21, 2023, Plaintiffs advised the Court that:

1. Plaintiffs had agreed to a confidential resolution of its claims against a) the Einstein Defendants (Einstein Physicians Pennypack Pediatrics and Albert Einstein Healthcare Network), b) the SCHC Defendants (St. Christopher's Healthcare, LLC, American Academic Health System, LLC, Philadelphia Academic Health Holdings, LLC, Philadelphia Academic Health System, LLC, Haley Bartkus, Erin E. Hassel, MD, and Pramath Nath, MD) and c) the Teleradiology Defendants (Teleradiology Solutions, P.C., and Arjun Kalyunpur, MD).

2. Plaintiffs and Defendants Charles W. Concodora, M.D. and Urology for Children, LLC had agreed to a confidential resolution of Plaintiffs' claims through binding arbitration.

Because these resolutions are confidential, Plaintiffs request leave to file under seal and *ex parte,* as set forth in the accompanying proposed Order, the following documents:

1. Plaintiffs' Uncontested Motion to Approve Settlement of Minor's Action with the Einstein Defendants, the SCHC Defendants and the Teleradiology Defendants.

2. Plaintiffs' Uncontested Motion to Approve Minor's Compromise with Defendants Charles W. Concodora, M.D. and Urology for Children, LLC.

                                       **JOKELSON LAW GROUP, P.C.**

                           By: s/David E. Jokelson
                               DAVID E. JOKELSON, ESQUIRE
                               DEREK E. JOKELSON, ESQUIRE
                               230 S. Broad Street
                               10th Floor
                               Philadelphia, PA 19102
                               (215) 735-7556

                               *Attorneys for Plaintiffs*

Date: March 2, 2023

## CERTIFICATE OF SERVICE

I, DAVID E. JOKELSON, hereby certify that on March 2, 2023, a true and correct copy of *Plaintiff's Motion for Leave to File Under Seal and Ex Parte*, was served *via* the Court's ECF System upon the following:

Gary M. Samms, Esquire
Edvard Wilson, Esquire
Obermayer Rebmann Maxwell &
 Hippel, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101

Joseph Zack, Esquire
Post & Post, LLC
200 Berwyn Park
920 Cassatt Road
Suite 102
Berwyn, PA 19312

George L. Young, Esquire
Kiernan Trebach LLP
Ten Penn Center Plaza
Suite 770
1801 Market Street
Philadelphia, PA 19103

John P. Shusted, Esquire
Nikki Mosco, Esquire
German Gallagher & Murtagh
The Bellevue, Suite 500
200 S. Broad Street
Philadelphia, PA 19102

Jacqueline M. Reynolds, Esquire
E. Chandler Hosmer, III, Esquire
Marshall Dennehey Coleman,
 Warner & Goggin
620 Freedom Business Center
Suite 300
King of Prussia, PA 19406

**JOKELSON LAW GROUP, P.C.**

By: s/David E. Jokelson
DAVID E. JOKELSON, ESQUIRE
DEREK E. JOKELSON, ESQUIRE
230 S. Broad Street
10th Floor
Philadelphia, PA 19102
(215) 735-7556

*Attorneys for Plaintiffs*