IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LASHEENA SIPP-LIPSCOMB *et al.* | CIVIL ACTION |
|---|---|
| v. | NO. 20-1926 |
| EINSTEIN PHYSICIANS PENNYPACK PEDIATRICS, *et al.* | DATE OF NOTICE: March 3, 2023 |

## NOTICE

Please be advised that a **HEARING RE: APPROVAL OF MINOR'S COMPOMISE** will be held on **THURSDAY, MARCH 9, 2023, AT 11:00 A.M.** in **COURTROOM 3A** (Third Floor) before the Honorable Michael M. Baylson, U.S. Courthouse, 601 Market Street, Philadelphia. **Parent(s)/Guardian(s) of the minor child must be present.**

/s/ Amanda Frazier

_____
Amanda Frazier
Deputy Clerk to Judge Baylson
267-299-7520