IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Lasheena Sipp-Lipscomb and Andres Gardin, Sr., Individually and in their own right and as Parents and Natural Guardians of A G, Jr., a Minor**<br>        v.<br>**Einstein Physicians Pennypack Pediatrics,** *et al.* | Civil Action No. 2:20-cv-01926-MMB |

## STIPULATION AND ORDER
## RE: LOCAL RULE 41.1(b)

To accommodate the Arbitration between Plaintiffs and Defendants Urology for Children, LLC and Charles W. Concodora, M.D., which has been scheduled to proceed before The Honorable Stephen M. Orlofsky (Ret.) on May 19, 2023, the parties hereby stipulate and agree to extend the ninety (90) day period in Local Rule 41.1(b) by thirty (30) days.

s/David E. Jokelson
DAVID E. JOKELSON, ESQUIRE
DEREK E. JOKELSON, ESQUIRE
230 S. Broad Street
10th Floor
Philadelphia, PA 19102

*Attorneys for Plaintiffs*

s/John P. Shusted
JOHN P. SHUSTED, ESQUIRE
NIKKI MOSCO, ESQUIRE
German Gallagher & Murtagh
The Bellevue, Suite 500
200 S. Broad Street
Philadelphia, PA  19102

*Attorneys for Defendants Urology for Children, LLC and Charles W. Concodora, M.D.*

APPROVED BY THE COURT:

 /s/ MICHAEL M. BAYLSON
MICHAEL M. BAYLSON, U.S.D.J.

Date:  3/23/2023