# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Lasheena Sipp-Lipscomb and Andres Gardin, Sr., Individually and in their own right and as Parents and Natural Guardians of A G, Jr., a Minor** <br>       v. <br> **Einstein Physicians Pennypack Pediatrics,** *et al.* | *Civil Action No. 2:20-cv-01926-MMB* |

AND NOW, this 4th day of April, 2023, in recognition of the time lapse between the date of the Court approved settlement of this matter and the date upon which A G, Jr. will attain his majority, and upon the consent of the parents of A G, Jr., and their counsel, Jokelson Law Group, P.C., Allison S. Lapat, Esquire ("Attorney Lapat") is hereby appointed as Master pursuant to Rule 53 of the Federal Rules of Civil Procedure to perform the following limited duties:

1.    In the event that any communication(s) from the Annuity Issuer, New York Life Insurance Company, and/or its Assignee, New York Life Insurance and Annuity Corporation (collectively the "Annuity Company") to A G, Jr. and/or his parents, until and through April 18, 2035, when A G, Jr. attains his majority, cannot be delivered and/or are returned to the sender as undeliverable, Attorney Lapat is to receive copies of all such communications from the Annuity Company.

2.    Attorney Lapat's primary obligations will be to provide notice to the Court in the event that she receives any such communication(s) from the Annuity Company, or if other events which come to her attention warrant notification to the Court.

3.  In the event that Attorney Lapat becomes unable or unwilling to continue to serve as Master, Attorney Lapat will propose a successor Master who is an equally qualified attorney from the firm of Heckscher, Teillon, Terrill & Sager, P.C.

4.  Attorney Lapat will have no obligations after April 18, 2035.  In the event that A G, Jr., should die prior to April 18, 2035, Attorney Lapat's obligations shall cease on such date.

5.  Attorney Lapat shall be compensated for her service as Master.  She may make an application for payment at any time, and her fees will be paid from the first annuity payment to A G, Jr.

It is further ORDERED that Jokelson Law Group, P.C. will provide a copy of this Order and Attorney Lapat's contact information to the Annuity Company and shall obtain acknowledgement from the Annuity Company that it has received the same.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON**
**United States District Court Judge**