**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Lasheena Sipp-Lipscomb and Andres Gardin, Sr., Individually and in their own right and as Parents and Natural Guardians of A G, Jr., a Minor** <br>      **v.** <br> **Einstein Physicians Pennypack Pediatrics,** *et al.* | **Civil Action No. 2:20-cv-01926-MMB** |

**ORDER**

AND NOW, this __7th__ day of June, 2023, upon the report of Plaintiffs' counsel concerning

the Arbitration against Defendants Charles W. Concodora, M.D. and Urology for Children, LLC, it

is hereby ORDERED and DECREED that the remaining funds held in escrow by Plaintiffs' counsel

shall be distributed as follows:

| | | |
|---|---|---|
| To: | Blank Rome LLP (Arbitrator Fee) | $14,823.04 |
| | Jokelson Law Group, P.C. (Reimbursement for FedEx) | 34.92 |
| | Lasheena Sipp-Lipscomb and Andres Gardin, Sr. | 142.04 |
| | Total: | $15,000.00 |

The sum distributed to Lasheena Sipp-Lipscomb and Andres Gardin, Sr. shall be used for the

benefit of their son A G, Jr.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
MICHAEL M. BAYLSON
United States District Court Judge